UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
COMMODITY FUTURES TRADING :
COMMISSION, :         **ORDER REGULATING**
:         **PROCEEDINGS**
Plaintiff, :
   -against- :         22 Civ. 4563 (AKH)
:
GEMINI TRUST COMPANY, LLC, :
:
Defendant. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. In the first stage, discovery will be combined in Federal Rule of Civil Procedure 33 and 34 requests and shall be completed by January 20, 2023.

      A status conference will be held virtually on January 27, 2023, at 10:00 a.m. to discuss the next stages of the case, and particularly, who is to be deposed.

      Defendant's request to conduct depositions of CFTC personnel before written discovery has been completed is denied. Subsequent efforts to discover CFTC personnel must be by motion with just cause being shown.

      SO ORDERED.

Dated:    October 7, 2022                        /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                            United States District Judge