rom: Deborah Betterton    Fax: 17573316843    To:    Fax: (212) 805-7942    Page: 2 of 2    01/20/2023 3:08 PM

Case 1:22-cv-04563-AKH Document 27 Filed 01/20/23 Page 1 of 1
Case 1:22-cv-04563-AKH Document 28 Filed 01/24/23 Page 1 of 1



JFB LEGAL

500 E Main Street, Suite 1400
Norfolk, VA 23510
Tel: (757) 904 5373

299 Broadway, Suite 1816
New York, NY 10007
Tel: (212) 548 3212

January 20, 2023

**VIA ECF AND FAX**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*So Ordered*
*1-23-23*
[signature]

*Commodity Futures Trading Commission v. Gemini Trust Co., LLC*,
Case No. 22 Civ. 4563

Dear Judge Hellerstein:

    This firm represents defendant Gemini Trust Co., LLC ("Defendant" or "Gemini"). We write jointly with counsel for plaintiff Commodity Futures Trading Commission to request a two-week extension of the deadline for discovery under Rule 33 and 34 and an adjournment of the status conference currently scheduled for Friday, January 27 to February 10. The purpose of the extension and adjournment is to allow the parties additional time to attempt to resolve or narrow various outstanding discovery disputes. This is the parties' first request for an extension and adjournment. There are no future dates currently scheduled.

                                      Sincerely,

                                       /s/ John F. Baughman

cc:     Counsel of Record (via ECF)