

500 E Main Street, Suite 1400          299 Broadway, Suite 1816
Norfolk, VA 23510                       New York, NY 10007
*Tel: (757) 904 5373*                        *Tel: (212) 548 3212*

February 8, 2023

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*Commodity Futures Trading Commission v. Gemini Trust Co., LLC*,
Case No. 22 Civ. 4563

Dear Judge Hellerstein:

This firm represents defendant Gemini Trust Co., LLC ("Gemini"). On Friday, February 3, we filed a joint letter to the Court raising certain discovery disputes. (*See* ECF #29.) This filing inadvertently included an old version of footnote 12. Earlier today, we filed a corrected version of the letter. (*See* ECF #32.) For the Court's convenience, filed with this letter is a redline showing the changes made in the corrected version.

Respectfully submitted,

/s/ John F. Baughman

cc:      Counsel of Record