UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
       :
COMMODITY FUTURES TRADING       :
COMMISSION,       :    **SCHEDULING ORDER**
       :
            Plaintiff,       :    22 Civ. 4563 (AKH)
   -against-       :
       :
GEMINI TRUST COMPANY, LLC,       :
       :
            Defendant.       :
       :
       :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference currently scheduled for February 10, 2023, is adjourned to the end of the oral argument taking place on February 13, 2023, at 2:15 p.m.  *See* ECF No. 33.

      SO ORDERED.

Dated:    February 9, 2023           /s/ Alvin K. Hellerstein
         New York, New York         ALVIN K. HELLERSTEIN
                                            United States District Judge