UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
COMMODITY FUTURES TRADING                                      :
COMMISSION,                                                    :     **ORDER REGULATING**
                                                               :     **PROCEEDINGS**
                                        Plaintiff,             :
           -against-                                           :     22 Civ. 4563 (AKH)
                                                               :
GEMINI TRUST COMPANY, LLC,                                     :
                                                               :
                                        Defendant.             :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I held oral argument on the Parties' discovery dispute, ECF No. 34, on February 13, 2023.  My findings of fact and conclusions of law resolving these disputes are contained in the transcript of the hearing.  The Clerk of Court shall terminate ECF No. 34.

    SO ORDERED.

Dated:    February 13, 2023                     /s/ Alvin K. Hellerstein
           New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge