UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                                      :

COMMODITY FUTURES TRADING           :
COMMISSION,                                          :        **ORDER REGULATING**
                                                                                      :        **PROCEEDINGS**
                                Plaintiff,                          :
    -against-                                          :        22 Civ. 4563 (AKH)
                                                                                      :

GEMINI TRUST COMPANY, LLC,           :

                              Defendant.                       :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I held oral argument on the Parties' discovery dispute, ECF No. 40, on March 22, 2023. My findings of fact and conclusions of law resolving these disputes, as well as my rulings regulating the continuation of discovery, are contained in the transcript of the hearing. The Clerk of Court shall terminate ECF No. 40.

       Additionally, the Parties shall appear for a status conference on January 4, 2024, at 10:30 a.m. No later than December 28, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:     March 22, 2023                                     /s/ Alvin K. Hellerstein
            New York, New York                       ALVIN K. HELLERSTEIN
                                                               United States District Judge