# EXHIBIT 2




CBOE
FUTURES
EXCHANGE

CFTC Presentation
Bitcoin Futures
July 25, 2017

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

22cv4563-CFTC-GEMINI-00006879

# CFE Bitcoin Futures Highlights

- **Cash-settled into a liquid, transparent auction**
  - Conducted by Gemini Exchange
    - Gemini Exchange is a facility of Gemini Trust Company, LLC which is regulated by the New York State Department of Financial Services
  - Settlement price is not readily susceptible to manipulation
    - Information shared between Gemini and CFE Market Regulation and surveillance performed by CFE Market Regulation
    - Arbitrage against other cash bitcoin markets keeps prices in line
    - Liquidity event drives greater participation and offers more transparency
      - Gemini Auction volume is already roughly 2x the average maximum trade size of other bitcoin exchanges
      - Indicative auction prices are shared with the market
    - Price collar on the auction and telescoped position limits dis-incentivize manipulative behavior
    - Prefunding requirements for auction-only orders allows for heightened surveillance
  - Comparable to auctions used to settle other futures contracts
    - VIX Futures – CBOE's SPX SOQ
    - S&P 500 Futures – Primary market SOQ

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# Gemini Auction

CBOE
FUTURES
EXCHANGE

Auction Volume
$4,000,000
$3,500,000
$3,000,000
$2,500,000
$2,000,000
$1,500,000
$1,000,000
$500,000
$-
9/21/2016
10/21/2016
11/21/2016
12/21/2016
1/21/2017
2/21/2017
3/21/2017
4/21/2017
5/21/2017
6/21/2017

CBOE FUTURES EXCHANGE FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER 22cv4563-CFTC-GEMINI-00006881

# Gemini Auction Mechanics

## Point-in-Time Auction at 4:00 p.m. ET

- Customers may enter auction-only market and limit orders
- Continuous book orders are included rather than traded-through
- Price determined by greatest matching opportunity between buy and sell orders ("Walrasian equilibrium")
- Price applies to all fills, allocated based on time priority

## Indicative Prices

- Broadcast every minute beginning at 3:50 p.m. and every 15 seconds beginning 3:59 p.m.
- Indicative event "simulates" auction and reports price and size
- Market makers can observe and influence convergence to continuous trading book
- Indicative prices open to the public; auction book kept confidential
- Publically available via API or Gemini website

# Gemini Auction Mechanics




## Protections

- As with all Gemini orders, auction orders must be fully (pre-) funded
- Self-crossing prohibited
- 5% collar on auction price compared to continuous book midpoint
- No cancellations permitted after 3:59:00 p.m. ET
- Time priority encourages measured growth rather than “gaming”
- Market maker trading fee rebates encourage participation
- Real-time monitoring by Gemini staff



# CFE Regulatory Program

CBOE
FUTURES
EXCHANGE

## Proposed Surveillance – CFE Bitcoin Futures

### Proposed Information Sharing - CFE and Gemini

- Gemini Market Data
  - Order/Updates/Executions
  - Position Information
- Referential Data – Gemini Market Participants
- Ongoing communication between CFE and Gemini
  - New and Updated Market Participant information
  - Trading activity and oversight

### Proposed CFE Surveillance

- T+1 Surveillance on CFE
  - Manipulation
  - Spoofing
  - Position limits
- Cross Market Surveillance
  - Reviews across trading activity on Gemini and CFE

CBOE FUTURES EXCHANGE FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC 6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

22cv4563-CFTC-GEMINI-00006884

# Gemini Regulatory Program

## Ongoing and Proposed Surveillance – Gemini Auction

- **Current Gemini Surveillance**
  - Customer Transaction Monitoring and Reporting
    - FinCEN SAR and CTR filings
    - Source and destination of funds analysis
  - Real-Time Auction Indicative Price Monitoring
    - Proposed additional CFE monitoring and information-sharing

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# Settlement Disruption Contingencies

If the Gemini Auction Price is not available or the normal settlement procedure cannot be utilized due to a trading disruption or other unusual circumstance, the Final Settlement Value is determined in accordance with the Rules and By-Laws of The Options Clearing Corporation ("OCC").

- OCC convenes an "Adjustment Panel" comprising CFE & OCC to determine an alternative procedure for setting the Final Settlement Value
- Adjustment Panel has broad authority, and makes decisions on a case-by-case basis
- Alternatives include, but are not limited to…
  - Use the following day Gemini Auction Price as the Final Settlement Value
  - Use the Bitcoin trade price on the Gemini Exchange continuous order book at 3 pm CT
  - Use a VWAP/TWAP of Bitcoin trade prices on the Gemini Exchange
  - Use a VWAP/TWAP of Bitcoin trade prices from other Bitcoin exchanges
- Adjustment Panel would coordinate with Gemini Exchange and, if applicable, other relevant markets with similar Bitcoin products



# Commercial Use of Bitcoins

- **International money transfers and micropayments in countries with weak banking systems**
  - In 2014, the nonprofit Enhancing Financial Innovation and Access reported that only 36.3% of Nigerians had access to traditional banking services.
  - According to the World Bank (March 2016):
    - approximately 2 billion people globally do not have access to formal financial services
    - Greater than 50% of adults in poorest countries do not have bank accounts
    - 200 million formal and informal micro, small and medium-sized enterprises (MSMEs) in emerging economies lack adequate financing
- **Access to traditional goods and services**
  - According to International Business Times (Feb. 2015) 100,000 merchants accept Bitcoins worldwide, including Microsoft, Dell, Expedia and PayPal
  - Firms have filled gaps in cases where merchants do not accept Bitcoins. Purse.io and Foldapp allow customers to purchase goods through Amazon, Target and other merchants
- **In April 2017, Japan authorized virtual currencies for transactions**
  - Japanese retailers are actively preparing to accept Bitcoin
  - Chinese and other tourists using Bitcoins are expected to boost spending in Japan significantly

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# Commercial Use of Bitcoin Futures

## Commercial Users

- Bitcoin miners hedging production costs
- Bitcoin merchant processors hedging inventories
- Merchants that accept Bitcoin hedging Bitcoin inventories
- Holders of Bitcoin hedging their portfolio

## Retail Users

- Individual investors gaining exposure to Bitcoins without the need to take or make delivery of Bitcoins

## Market Makers

- Hedging exposures in OTC and Bitcoin transactions in other markets

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# CFE Bitcoin (USD) Futures

- **Cash-settlement** - Allows market participants to gain and/or hedge exposure without creating bitcoin "wallet"
- **Gemini Auction** – unique & robust daily auction process facilitates convergence with cash Bitcoin price
- **Telescoping position limits** – reduces open interest in expiring contracts, reduces potential imbalances in auction
- Wednesday expirations; expiring contract stops trading at 2:50 pm CT

**CFE Bitcoin (USD) Futures Contract Specifications**

| | | | |
|---|---|---|---|
| Description | Bitcoin (USD) Futures are cash-settled futures contracts listed for trading on the CBOE Futures Exchange | | |
| Contract Size | 10 Bitcoin | | |
| Tick Size | 0.25; equal to $2.50 per tick | | |
| Quoting Convention | USD / Bitcoin | | |
| Final Settlement | The Final Settlement Value of an expiring Bitcoin (USD) Futures contract shall be the official Auction Price (rounded to the nearest $0.01) for Bitcoin determined at 4:00 p.m. Eastern Time on the Final Settlement Date by the Gemini Exchange (the "Gemini Exchange Auction") | | |
| Position Limits | (1) 2,000 contracts net long or net short in all contract expirations combined; and (2) 250 contracts in the expiring contract during the last 5 trading days prior to expiration | | |
| Contract Listings | Up to four near-term expiration weeks ("weekly" contracts), three near-term serial months ("serial" contracts) and three months on the March quarterly cycle ("quarterly" contracts) | | |
| Trading Hours | | **Monday** | **Tuesday - Friday** |
| | **Extended** | 5:00 p.m. (Sunday) to 8:30 a.m. | 3:30 p.m. (previous day) to 8:30 a.m. |
| | **Regular** | 8:30 a.m. to 3:15 p.m. | 8:30 a.m. to 3:15 p.m. |



CBOE
FUTURES
EXCHANGE

CBOE Futures Exchange, LLC
400 South LaSalle Street
Chicago, Illinois 60605
http://cfe.cboe.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

22cv4563-CFTC-GEMINI-00006890