UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
COMMODITY FUTURES TRADING :
COMMISSION, : **ORDER REGULATING**
 : **PROCEEDINGS**
                Plaintiff, :
   -against- : 22 Civ. 4563 (AKH)
 :
GEMINI TRUST COMPANY, LLC, :
 :
                Defendant. :
 :
 :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 11, 2023, the Court heard argument regarding discovery issues, and made the following rulings regarding Defendant's Rule 30(b)(6) deposition topics:

1. Objection sustained.

2. To be addressed via interrogatory.

3. The first clause to be addressed via interrogatory, objection sustained as to the second clause.

4. To be addressed via interrogatory.

5. To be addressed via interrogatory.

6. Objection sustained.

7. To be addressed via interrogatory.

8. Judgment reserved.

9. To be addressed via interrogatory.

10. Objection sustained.

11. Objection sustained.

12. Objection sustained.

13. The identity and roles of witnesses is to be addressed via interrogatory, judgment reserved as to the rest of the topic.

14. To be addressed via interrogatory.

15. Objection sustained.

16. To be addressed via interrogatory.

17. Objection sustained.

18. Objection sustained.

19. Objection sustained.

20. Objection sustained.

21. Objection sustained.

22. Objection sustained.

23. Objection sustained.

24. Objection sustained.

25. Objection sustained.

26. Objection sustained.

27. Objection sustained.

28. Objection sustained.

29. Objection sustained.

30. Objection sustained.

31. Objection sustained.

32. Objection sustained.

33. Items one and two are to be addressed via interrogatory, objection sustained as to items three and four.

34. Objection sustained.

35. To be addressed via interrogatory.

36. Objection sustained.

37. Objection sustained.

38. To be addressed via interrogatory.

39. To be addressed via interrogatory.

Defendant has until December 18, 2023 to clarify deposition questions surrounding knowledge of specific omissions. The fact discovery deadline is enlarged to February 29, 2024. The government's request for seven additional hours to depose Cameron Winkelvoss is granted. The conference scheduled for January 4, 2024 is adjourned until March 28, 2024 at 10 a.m. in Courtroom 14D. The parties are to submit appearances via joint email to the Chambers email by March 26, 2024 at 12 p.m.

SO ORDERED.

Dated: December 11, 2023
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge