# Exhibit A

| | |
|---|---|
| **From:** | Gordon, Nicole [gordon@cboe.com] |
| **Sent:** | 9/12/2017 2:40:30 PM |
| **To:** | 'Goodman, Chris' [CGoodman@CFTC.gov] |
| **CC:** | Reinstein, Art [areinstein@cboe.com]; Dickman, Laura [ldickman@cboe.com] |
| **Subject:** | Gemini Policies and Procedures Manual and Auction Review Process Overview - FOIA CONFIDENTIAL TREATMENT REQUESTED |
| **Attachments:** | 2017-09-12 - Gemini - Policies and Procedures.pdf; 2017-09-12 - Gemini - CBOE - Auction Review Process - Overview.pdf; CFE-Gemini FOIA Letter CFTC Responses (9-12-17).pdf |

Hi Chris,

As a follow up to what was discussed on the call regarding surveillance in relation to the CFE bitcoin futures contract, attached are two documents from Gemini. The first document is the Gemini Trust Company, LLC's Policies and Procedures Manual. Pages 93-95 cover Gemini's Auction Review Process. Page 95 of this document also contains information related to Gemini's hard fork methodology.

The second document further describes why the Gemini Auction is not readily susceptible to manipulation.

I have also attached a letter requesting FOIA confidential treatment of both of these documents.

Please let me know if you have any questions or would like to have a follow up call to discuss any of the information contained in these materials.

Thanks,
Nicole

**Nicole Gordon** | Counsel
CBOE Futures Exchange, LLC
400 South LaSalle Street | Chicago, IL 60605
Phone: 312-786-8109 | Fax: 312-786-7581
E-Mail: gordon@cboe.com
**www.cfe.cboe.com**

This e-mail message and any attachments may contain information that is confidential and proprietary to CBOE Holdings, Inc. (CBOE Holdings), Chicago Board Options Exchange, Incorporated (CBOE), or a CBOE Holdings or CBOE subsidiary and/or information that is protected by the attorney-client or other privilege. If you believe you may not be an intended recipient of this e-mail message, or the employee or agent responsible for delivery of this message to the intended recipient(s), its use and disclosure are STRICTLY prohibited. In that event, please do not read the message or any attachments, notify the sender by reply e-mail that you may have received this message in error, and delete the e-mail message and all attachments and destroy any printed copies of such materials.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC



# GEMINI TRUST COMPANY, LLC
# POLICIES AND PROCEDURES MANUAL
# CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC        CBOECFTC_00000359

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

## Table of Contents

**INTRODUCTION** — 6
    Purpose of This Manual — 7
    How to Use This Manual — 7
    Employee Responsibilities — 7
    Employee Certification — 8
    Legal and Regulatory Overview — 8
    Violations and Penalties — 9

**MANAGERS AND OFFICERS** — 10
    Board of Managers — 10
    Chief Executive Officer — 10
    Chief Compliance Officer — 10
    Chief Security Officer — 10
    Chief Operating Officer — 11
    Chief Information Officer — 11
    President — 11
    Risk Management — 12

**ADMINISTRATION** — 13
    Policy Approval — 13
    Insurance Approval — 13
    Communications from NYSDFS — 13
    Disclosure Requests — 14
    Supervisory Structure and Organization Chart — 15
    Reporting and the Whistleblower Law — 16
    Contributions and Foreign Corrupt Practices — 18
    Employees — 18
    Confidentiality — 21
    Privacy and Electronic Data Protection — 23

**BUSINESS CONTINUITY PLAN** — 32

**ADVERTISING, MARKETING & MEDIA** — 33
    Advertising & Marketing — 33
    Media — 34
    Social Media — 35

**COMMUNICATIONS** — 39
    Communications with Regulators — 39

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

| | |
|---|---|
| Communications with Users | 39 |
|     User Complaints Filed with the NYSDFS | 40 |
|     User Complaints Filed with a Regulator | 41 |
| **ACCOUNT ADMINISTRATION AND CONTRACTS** | **44** |
|   User Interface Review | 44 |
|   Agreements Granting Preferential Terms | 46 |
| **TRADES AND ACCOUNTS** | **48** |
|   Transactions and Settlement | 48 |
|   Funds Transfer | 50 |
|   Custody of Fiat Funds | 51 |
|   Custody of Digital Assets | 52 |
|   Token Holder Policy | 53 |
|   Exchange Ledger | 54 |
|   Trade Errors & Modifications | 55 |
| **COMPLIANCE** | **58** |
|   Anti-Money Laundering Policy and Compliance Program | 58 |
|   User Onboarding | 58 |
|   Compliance Training | 58 |
| **SECURITY** | **60** |
|   Mission Manual | 60 |
|   Security Policy | 60 |
|   Security Training | 60 |
| **FINANCIAL STATEMENTS AND AUDITS** | **62** |
|   Quarterly Financial Statements | 62 |
|   FFIEC Call Reports | 62 |
|   Financial Statements Audits | 62 |
|     Management Response | 63 |
|   Internal Controls Reports | 63 |
|     Management Response | 63 |
|   Operational Risk Assessments | 64 |
|   Audit Plans | 64 |
| **BANK EXAMS** | **65** |
|   NYSDFS Bank Exams | 65 |
|     First Day Letter | 65 |
|     Exam Report and Cover Letter | 65 |
|     Management Response | 65 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

## ACCOUNT ADMINISTRATION AND CONTRACTS

**User Interface Review**

### Policy

**Automated System**

Our Organization maintains Gemini, an Online Platform with a User Interface (and one or more mobile applications, when released) for the entry of User information, trade orders and deposit and withdrawal instructions. Organization Employees monitor and maintain our website, API and any mobile application in accordance with our Security Policy, User Agreement, Privacy Policy, and policies and procedures set forth herein this Manual.

**Two-Factor Authentication**

Our User Interface requires at least two (2) forms of authentication to access and perform certain account operations. Forms of multi-factor authentication, in addition to standard login credentials, include verification tokens delivered through short message service ("SMS") or a specified and supported two-factor authentication ("2FA") application such as Google Authenticator or Authy. Users who choose to install and use a 2FA application on a phone where the operating system has been tampered with in any way, do so *at their own risk*. This includes, but is not limited to, a "rooted" (Android) or "jailbroken" (iOS) device. We may provide 2FA data to a third-party service provider such as Google or Authy for authentication. It is our policy that the default setting of the User Interface requires 2FA authentication of a User when a User initiates a high-risk action such as a withdrawal of User funds above a certain USD Dollar value threshold.

**Disclosure Delivery and Confirmations**

The User Interface includes all required disclosures and confirmation prompts for (i) the opening of or amendment of information relating to User accounts, (ii) the movement of all User funds and (iii) the entry of trade orders. It is our policy to provide Users with the opportunity to review and confirm instructions he or she initiates on our Online Platform and the opportunity to review important disclosures relating to funds transfers and trades.

### Procedures

**Review of Automated System**

Appropriate Employees of our Organization periodically review the performance and sufficiency of the automated User Interface for:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC            CBOECFTC_00000402

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

- The operation of our proprietary authentication system;

- The adequacy of the automated system for compliance with our Security Policy, User Agreement, and Privacy Policy; and

- The ease and adequacy of the User experience.

**Review of Required Two-Factor Authentication**

The CSO reviews, at least annually, the default settings for 2FA authentication and report to senior management on the sufficiency of current default settings, taking into account User feedback and reports of unauthorized access. Our current default settings require 2FA authentication for the following actions or behavior:

- Login;

- A certain period of User inactivity;

- The deposit or withdrawal of User funds above a certain USD Dollar value threshold;

- The closure of a User account or material alteration of User information.

**Review of Required Disclosures**

The CCO and the CSO review, at least annually, the disclosures provided to all Users and will record their review of the required disclosures and/or submit changes to the applicable Employees for implementation. We currently require disclosures for the following:

- Upon User account opening (i.e., User Agreement and Privacy Policy);

- Upon the adjustment of User information and login credentials (e.g., where required, information regarding the impact on a User's access to our Online Platform and/or Exchange);

- Upon the deposit or withdrawal of fiat currency (e.g., information regarding the settlement process for ACH and wire transfers or required disclosure regarding electronic funds transfers);

- Upon the deposit or withdrawal of Digital Assets (e.g., information regarding the use of Digital Asset deposit addresses assigned to a User); and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

- Upon the entry of a trade order (e.g., information regarding the settlement of a market or limit order).

### Review of Required Confirmations

The CCO reviews, at least annually, the exact circumstances under which the User Interface will require confirmations of actions and the language used in any such confirmation prompt. The CCO will record his review of the required confirmations and/or submit changes to the applicable Employees for implementation.We currently require confirmation prompts for certain actions including:

- The deposit or withdrawal of User funds.

## Agreements Granting Preferential Terms

## Policy

Our Organization may provide certain high volume Users, market makers or other special-case users ("Priority Users") with terms different from those given under the standard User Agreement and fee schedule ("Fee Schedule"). While no specific law covers the granting of Priority User status for a trading platform, we are interested in developing policies and procedures to monitor potential conflicts of interest and compliance with our Organization's interest in fair dealing with Users. We closely monitor arrangements with Priority Users as they relate to:

- The right to receive priority treatment and/or order execution relative to other Users;

- The ability to obtain a more favorable Fee Schedule;

- Liquidity preferences in respect to withdrawals or deposits (e.g., more rapid confirmation of deposit availability or processing of withdrawals);

- Preferential access to Order Book information; and

- The right to submit an order that does not appear in part or in full on the Order Book.

Our Organization will not enter into a Priority User agreement (e.g., "Designated Liquidity Provider" or "DLP") unless such agreements have been reviewed by the CCO.

## Procedures

### Approval of all Side Letters

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC    CBOECFTC_00000404

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC
AND GEMINI TRUST COMPANY, LLC

==The COO shall review and, if appropriate, pre-approve all proposed agreements and documents in the Priority User's file.== In review of a proposed Priority User agreement, the COO will evaluate whether the agreement conflicts with applicable law or any of our Organization's policies or procedures.

Side letters between our Organization and our Priority Users will neither waive nor reduce the regulatory compliance obligations of our Organization or any User.