# Exhibit B

| | |
|---|---|
| **From:** | Leahy, Thomas M., Jr. |
| **Sent:** | Wednesday, August 2, 2017 8:41 AM |
| **To:** | Kuserk, Gregory; Colling, Philip; Goodman, Chris; Gouloubandi, Sanam |
| **Subject:** | FW: CFTC Data Request Response - CFE FOIA CONFIDENTIAL TREATMENT REQUESTED |
| **Attachments:** | CFE FOIA Request Information and Email Dated August 1 2017.pdf |

Data to come. ███████████████████████████

**From:** Gordon, Nicole [mailto:gordon@cboe.com]
**Sent:** Tuesday, August 01, 2017 5:26 PM
**To:** Leahy, Thomas M., Jr.
**Cc:** Reinstein, Art
**Subject:** CFTC Data Request Response - CFE FOIA CONFIDENTIAL TREATMENT REQUESTED

Tom,

I am sending overnight for delivery tomorrow via FedEx a package with a CD-ROM containing the raw data used to create the graphs and charts in the Appendix of the cash-settled (USD) bitcoin futures product presentation that occurred on July 25, 2017. I am also attaching a letter requesting FOIA confidential treatment of this email and the information contained on the CD-ROM.

Please let me know if you do not receive the package tomorrow and also if you have any questions or would like further information.

Thanks,
Nicole

**Nicole Gordon** | Counsel
**CBOE Futures Exchange, LLC**
400 South LaSalle Street | Chicago, IL 60605
**Phone:** 312-786-8109 | **Fax:** 312-786-7581
**E-Mail:** gordon@cboe.com
www.cfe.cboe.com

This e-mail message and any attachments may contain information that is confidential and proprietary to CBOE Holdings, Inc. (CBOE Holdings), Chicago Board Options Exchange, Incorporated (CBOE), or a CBOE Holdings or CBOE subsidiary and/or information that is protected by the attorney-client or other privilege. If you believe you may not be an intended recipient of this e-mail message, or the employee or agent responsible for delivery of this message to the intended recipient(s), its use and disclosure are STRICTLY prohibited. In that event, please do not read the message or any attachments, notify the sender by reply e-mail that you may have received this message in error, and delete the e-mail message and all attachments and destroy any printed copies of such materials.

| auction_id | orderId | quantity | price | timestamp | buyer | seller | order_fills | accountId |
|---|---|---|---|---|---|---|---|---|
| 12/27/2016 | 335091012 | 250 | 936 | 12/27/16 4:52 PM | 0 | 1 | 250 | 8972 |
| 12/27/2016 | 335092097 | 425 | 936 | 12/27/16 4:54 PM | 0 | 1 | 425 | 8972 |
| 12/27/2016 | 335028532 | 10 | 935 | 12/27/16 2:08 PM | 0 | 1 | 10 | 14521 |
| 12/27/2016 | 335090781 | 100 | 936.5 | 12/27/16 4:51 PM | 1 | 0 | 100 | 1595 |
| 12/27/2016 | 335083958 | 50 | 936.25 | 12/27/16 4:26 PM | 1 | 0 | 50 | 3032 |
| 12/27/2016 | 335083966 | 50 | 936.25 | 12/27/16 4:26 PM | 1 | 0 | 50 | 3032 |
| 12/27/2016 | 335045920 | 0.09287148 | 936.31 | 12/27/16 2:50 PM | 1 | 0 | 0.09287148 | 6477 |
| 12/27/2016 | 335045932 | 0.01393064 | 936.31 | 12/27/16 2:50 PM | 1 | 0 | 0.01393064 | 6477 |
| 12/27/2016 | 335090735 | 225 | 937 | 12/27/16 4:50 PM | 1 | 0 | 225 | 8972 |
| 12/27/2016 | 335092095 | 425 | 937 | 12/27/16 4:54 PM | 1 | 0 | 257.6588588 | 8972 |
| 12/27/2016 | 334889955 | 2.234339119 | 936.25 | 12/27/16 9:39 AM | 1 | 0 | 2.234339119 | 34500 |

22cv4563-CFTC-GEMINI-00016511

| auction_id | orderId | quantity | price | timestamp | buyer | seller | order_fills | accountId |
|---|---|---|---|---|---|---|---|---|
| 7/4/2017 | 875725482 | 13.25 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 13.25 | 789 |
| 7/4/2017 | 875707151 | 50 | 2568.18 | 7/4/17 3:57 PM | 1 | 0 | 50 | 10078 |
| 7/4/2017 | 875725689 | 5.8142 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 5.8142 | 1595 |
| 7/4/2017 | 875725420 | 7.5 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 7.5 | 10078 |
| 7/4/2017 | 875725722 | 7.5 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 7.5 | 10078 |
| 7/4/2017 | 875726075 | 7.5 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 6.26305 | 10078 |
| 7/4/2017 | 875726096 | 7.5 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 6.26305 | 10078 |
| 7/4/2017 | 875725542 | 2.6097 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 2.6097 | 34110 |
| 7/4/2017 | 875725458 | 0.8 | 2566.58 | 7/4/17 3:59 PM | 0 | 1 | 0.8 | 50058 |

22cv4563-CFTC-GEMINI-00016511