# Exhibit D.2



🔍 Search blog

← Blog home

PRODUCT   MAR 11, 2016

# Instant ACH Deposits Are Here!





**CAMERON WINKLEVOSS**
Co-Founder & President

We recently made depositing bitcoin a lot faster—and now we are making depositing dollars faster too! You can now use our new *Instant ACH* feature to *deposit funds immediately for trading*. So here's how it works:

- You initiate an Instant ACH deposit.

- Your deposit amount is available for trading *immediately*. You can buy and sell BTC at any point, but you won't be able to withdraw any BTC you buy.

- 4–5 business days later, once your Instant ACH deposit clears, you will be able to withdraw the amount of your deposit and/or any BTC purchased with your deposit.

It's that easy. No more watching the BTC price for 4–5 days while waiting for your ACH transfer to arrive; now you can trade and sit back while your funds clear.

Onward and Upward,



Exhibit 0106 DX