UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                           :

COMMODITY FUTURES TRADING        :
COMMISSION,                               :    **ORDER REGULATING**

                                          :    **PROCEEDINGS**

                    Plaintiff,     :
    -against-                       :    22 Civ. 4563 (AKH)
                                          :
GEMINI TRUST COMPANY, LLC,         :
                                          :
                  Defendant.    :
                                          :

                                          :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The CFTC's response of January 19, 2024 substantially discharges its obligations imposed by my rulings at the December 11, 2023 oral argument and related orders.  *See* ECF Nos. 70, 77.  The interrogatories thereafter propounded by Gemini are overly broad, redundant, and seek information beyond the scope of appropriate discovery.  CFTC's objections are sustained.

        The Court notes that fact discovery has ended as of February 29, 2024, expert discovery should have begun, and the parties are scheduled to appear for a status conference on March 28, 2024 at 10 a.m to regulate further proceedings with regard to experts, and to set a trial date..

        SO ORDERED.

Dated:       March 5, 2024
              New York, New York                    ALVIN K. HELLERSTEIN
                                          United States District Judge