**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                                         *Plaintiff*,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>                                         *Defendant*. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE THAT defendant Gemini Trust Company, LLC ("Gemini"), pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Southern District of New York, and the Individual Rules of this Court, and upon the accompanying memorandum of law, statement of undisputed facts, and declaration of John F. Baughman and exhibits thereto, hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Court Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday, April 25, 2024, or on such other date and at such time as designated by the Court, for an order granting summary judgment on the portions of plaintiff Commodity Futures Trading Commission's claim that are based on the statements identified as numbers 1–16, 18, 25, 26–31, and 32 in Exhibit A to the CFTC's January 19, 2024 responses to the interrogatories posed by the Court in its January 4, 2024 order, Dkt. 77.

Pursuant to Local Rule 6.1(b), plaintiff shall file any opposition to this motion by April 5, 2024, and Gemini shall file any reply by April 12, 2024.

Dated: New York, New York
March 22, 2024

                                            BAUGHMAN KROUP BOSSE PLLC

                                            By /s/ John F. Baughman

                                                John F. Baughman
                                                Daniel A. Schwartz
                                                Elizabeth J. Lee
                                                One Liberty Plaza – 46th Floor
                                                New York, NY 10006
                                                (212) 548-3212
                                                jbaughman@bkbfirm.com
                                                dschwartz@bkbfirm.com
                                                elee@bkbfirm.com

                                          *Attorneys for Defendant*
                                          *Gemini Trust Company, LLC*