UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
COMMODITY FUTURES TRADING                                     :
COMMISSION,                                                   :   **ORDER REGULATING**
                                                              :   **PROCEEDINGS**
                              Plaintiff,                      :
      -against-                                               :   22 Civ. 4563 (AKH)
                                                              :
GEMINI TRUST COMPANY, LLC,                                    :
                                                              :
                              Defendant.                      :
                                                              :
                                                              :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The expert proposed expert discovery timeline at ECF No. 85 is adopted.  Expert reports shall be disclosed by May 15, 2024.  Expert depositions shall be completed by June 7, 2024.  The final pretrial conference is scheduled for July 9, 2024 at 10:30 a.m.  The jury trial begins on July 15, 2024 at 10 a.m.

        SO ORDERED.

Dated:     April 8, 2024
              New York, New York           _____
                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge