UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>                Defendant. | 22-cv-4563 (AKH)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Alvin K. Hellerstein |

**PLEASE TAKE NOTICE** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York ("Local Civil Rules"), Plaintiff Commodity Futures Trading Commission ("Commission") hereby respectfully moves this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on such date and time designated by the Court, for an order granting partial summary judgment to Plaintiff as to liability against Defendant Gemini Trust Company, LLC ("Defendant") for violating Section 6(c)(2) of the Commodity Exchange Act, 7 U.S.C. § 9(2) with respect to thirty-one written statements that Defendant provided to the CFTC in connection with the self-certification of a bitcoin futures contract. In support of this motion, the Commission submits the accompanying Memorandum of Law in Support of Motion for Partial Summary Judgment, Statement of Material Facts in Support of Motion for Summary Judgment, and the Declaration of Christopher Giglio dated May 7, 2024 and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) of the Local Civil Rules, any papers opposing the Commission's Motion shall be filed within fourteen (14) days of the filing of the Motion, and the Commission's reply memorandum in support of its Motion shall

be filed within seven (7) days of the filing of such opposition papers.

**WHEREFORE**, the Commission respectfully requests that the Court enter an order granting the Commission's Motion for a Summary Judgment, and granting the specific relief requested in the Commission's contemporaneously filed Memorandum of Law.

Dated:  May 7, 2024

                Respectfully submitted,

                /s/ *Andrew J. Rodgers*
                K. Brent Tomer, Chief Trial Attorney
                Alejandra de Urioste, Chief Trial Attorney
                David Oakland, Senior Trial Attorney
                Katherine Rasor, Trial Attorney
                Diana Wang, Trial Attorney
                Andrew J. Rodgers, Trial Attorney
                Peter Janowski, Trial Attorney
                Manal M. Sultan, Deputy Director

                COMMODITY FUTURES
                TRADING COMMISSION
                Division of Enforcement
                290 Broadway, Suite 600
                New York, NY 10007
                Phone: (646) 746-9700
                Fax: (646) 746-9888