# EXHIBIT 44

1

1  UNITED STATES OF AMERICA

2  COMMODITY FUTURES TRADING COMMISSION

3  ------------------------------------------X

4  In Re:

5       GEMINI TRUST COMPANY, LLC

6       and other related entities

7  ------------------------------------------X

8                   Zoom Videoconference

9                   December 9, 2021

10                  9:43 a.m.

11       CONTINUED DEPOSITION of CAMERON

12  WINKLEVOSS, the Witness herein, taken by the

13  Commodity Futures Trading Commission,

14  pursuant to Subpoena, dated November 1, 2021

15  held at the above-noted time and place,

16  before a Notary Public of the State of New

17  York.

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2   COMMODITY FUTURES TRADING COMMISSION

 3   Division of Enforcement

 4         140 Broadway

 5         19th Floor

 6         New York, New York 10007

 7   BY:   ALEJANDRA DE URIOSTE, ESQ.

 8         GATES S. HURAND, ESQ.

 9         DAVID M. OAKLAND, ESQ.

10         K. BRENT TOMER, ESQ.

11   LAW OFFICES OF JOHN F. BAUGHMAN

12   Attorney for the Cameron Winklevoss

13         299 Broadway

14         Suite 1816

15         New York, New York 10007

16   BY:   JOHN F. BAUGHMAN, ESQ.

17         MARYIA JONES, ESQ.

18   SHEARMAN & STERLING, L.L.P.

19   Attorneys for Gemini Trust Company, LLC

20         599 Lexington Avenue

21         New York, New York 10022

22   BY:   JOHN A. NATHANSON, ESQ.

23   A L S O    P R E S E N T:

24         Dmitry Zvonkov, Videographer

25
```

1     C. Winklevoss

2     maybe try and, you know, understand the

3     request and whether we thought that it made

4     sense or was even a real concern. I believe

5     we concluded it wasn't a concern, it never

6     happened and it wasn't a thing. It is

7     definitely not self-trading.

8         Q    As of November 7, 2017, did

9     Gemini have self-cross prevention between

10    books?

11        A    As I stated on the record, our

12    books had self-trade prevention as we have

13    stated to you many times. As we stated to

14    the CFTC, there were no self trades on

15    auction, there was not self-trading in the

16    continuous book. We had prevention in May of

17    2017 for the auction, in, I believe, March

18    of 2017 in our continuous books. Those

19    statements are true and the folding

20    phenomena, which we discussed, we concluded

21    it is not a self-trade and it did not

22    happen, it is a hypothetical.

23        Q    From November 7, 2017, why were

24    you referring to self-cross prevention

25    between books?

```
 1             C. Winklevoss
 2   this statement in multiple documents, you
 3   talked about the policies and procedures
 4   manual. I'm asking about the meaning that's
 5   reflected in Exhibit 14, is it any different
 6   than what you discussed earlier with respect
 7   to Exhibit 7?
 8      A     I'm not sure that it is, but if
 9   you don't believe -- if you believe that
10   it's in a different document and it's
11   actually not referring to that sentence,
12   then we can certainly discuss that, but I
13   believe you've asked about that sentence as
14   it relates to the "Cost of Capital"
15   paragraph and I believe I have answered it.
16      Q     You can set aside Exhibit 14.
17   What is Pearl Street?
18      A     It is a Delaware LLC and I
19   believe that I'm one of the beneficial
20   owners and it was set up and I think, during
21   the period of probably 2016, 2017, it made
22   several bitcoin and Ethereum loans.
23      Q     You mentioned that you were a
24   beneficial owner. Are there any other
25   beneficial owners?
```

C. Winklevoss

A   I think my brother Tyler is.

Q   Does Pearl Street have any employees?

A   I don't believe it does.

Q   I believe you said Pearl Street is an LLC; is that right?

A   That's correct.

Q   Does the LLC have a manager?

A   I assume it does. I'm likely a manager, I'm not entirely sure.

Q   Does Pearl Street have any other manager?

A   If there's another manager, it would be Tyler.

Q   You mentioned that Pearl Street made bitcoin and Ethereum loans; is that right?

A   That's correct.

Q   Were you responsible in whole or in part for Pearl Street's funding decisions?

A   I was.

Q   Was anyone else responsible in whole or in part for Pearl Street's

86

1       C. Winklevoss

2   funding's decisions?

3       A    Tyler may have been, but I

4   believe that I primarily was involved in

5   negotiating the loan terms and agreements.

6       Q    Were you responsible in whole or

7   in part for Pearl Street moving digital

8   assets to loan recipients?

9       A    I believe that I did all the

10  loan transfers related to Pearl Street.

11      Q    Did you have control over the

12  management of Pearl Street's business?

13      A    I believe I was a controlling

14  owner of the -- I am a controlling owner of

15  the LLC.

16      Q    Are there any other controlling

17  owners of the LLC?

18      A    The only other person would be

19  Tyler.

20      Q    How was Pearl Street

21  capitalized?

22      A    I believe that it was

23  capitalized with bitcoin that I owned.

24      Q    Was there any other source of

25  Pearl Street capitalization other than the

```
 1            C. Winklevoss
 2   bitcoin that you own?
 3       A     The FCM that I own.
 4       Q     Does Pearl Street have any bank
 5   accounts?
 6       A     I don't believe that it does.
 7       Q     Does Pearl Street have any
 8   virtual currency accounts?
 9       A     I believe it has an account at
10   Gemini.
11       Q     Does Pearl Street have virtual
12   currency accounts at any other bitcoin
13   exchange?
14       A     I don't believe so.
15       Q     What's the relationship between
16   Pearl Street and Gemini?
17       A     There is no relationship.
18       Q     You mentioned that Pearl Street
19   has an account at Gemini, right?
20       A     There is no relationship in
21   terms of -- I mean, there's millions of
22   people that have accounts at Gemini. Is that
23   the type of relationship, like a customer
24   relationship that you are asking?
25       Q     I'm asking about any
```

145

C. Winklevoss

Molidor leaving Gemini?

A    I believe he was transitioning out of Gemini.

Q    When Sarah Olsen says, "How do we want to handle handing off Shane's block trading relationship," what is she referring to?

A    I believe he had relationships with a number of customers and I think she's describing the handoff.

Q    And that relates to handing off someone's responsibility when they are leaving the company?

A    I believe she's describing taking over the relationships that Shane managed.

Q    At 11:17 a.m. you say, "There are literally three to four OTC relationships," what does "OTC relationships" refer to?

A    I believe those are customers that operate over the counter trading desks.

Q    And who is the three to four OTC relationships that you were referring to?

[12/9/2021] Cameron Winklevoss - 12.09.2021

146

1         C. Winklevoss

2    A    They could refer to Circle or

3 Cumberland, I'm not entirely sure of all of

4 them, but I think that they -- Circle could

5 have been one of them.

6    Q    Apart from Circle and

7 Cumberland, were there any other OTC

8 relationships that you were referring to?

9    A    I'm not sure who else would be

10 characterized. I keep thinking back on who

11 also did OTC trading, BXT Opps may have done

12 that type of trading, B2C2 may have done

13 part of that trading or that type of

14 trading. And they also may have had their

15 own trading strategies, I'm not entirely

16 sure.

17    Q    In this message at 11:17 a.m.

18 you say, "I know them all already." At the

19 time, did you know the three to four

20 relationships that you were referring to?

21    A    I would imagine that I would if

22 I have said that.

23    Q    And you say "I just didn't have

24 time to manage them myself," what were you

25 referring to?

[12/9/2021] Cameron Winklevoss - 12.09.2021

147

C. Winklevoss

    A    To the best of my recollection, I'm probably referring to the relationship management. I may have known these firms and at one point interacted with them at some point, but at this point in the company, I probably was somewhat removed from the day-to-day relationships. So it looks like I didn't have time to manage them.

    Q    And then you say, "Enter Shane," what does "Enter Shane" refer to?

    A    It might refer to the fact that he was managing them.

    Q    Is it that you didn't have time to manage these OTC's relationships so you had Shane manage them?

    A    Well, naturally Shane, I believe, did business development work. These are the types of things he worked on and I didn't manage them while he was managing them.

    Q    Did you ask Shane to manage them for you?

    A    I'm not sure. I think at this point he was probably -- he was Ben Small's

[12/9/2021] Cameron Winklevoss - 12.09.2021

148

1          C. Winklevoss
2  direct report, so Ben Small was probably
3  directing or supervising that. Clearly I
4  think from -- at this point I'm not managing
5  these relationships.
6      Q    Even if Shane Molidor was Ben
7  Small's direct report, could you still ask
8  Shane to manage the relationships for you?
9      A    I'm not entirely sure what you
10 are asking or getting at. At the time I
11 believe Shane had a number of customer
12 relationships, that's what he worked on and
13 I believe he reported into them.
14     Q    So I'm asking about the
15 particular relationships that you didn't
16 have time to manage. So those relationships,
17 did you ask Shane to manage them?
18     A    I'm not sure if I asked or Ben
19 asked or how that came about, but based on
20 this document, it sounds like Shane was
21 managing those relationships.
22     Q    And do you recall around what
23 time you are referring to when you say you
24 didn't have time?
25     A    I'm just going by words on the

```
 1            C. Winklevoss
 2    page. I guess as of August 20, 2017 I was
 3    not managing those relationships.
 4        Q    And when did Shane enter?
 5        A    I really don't know. It's
 6    possible he took over relationships from
 7    Danny Kim when Danny Kim departed. I really
 8    don't know.
 9        Q    When did Danny Kim depart?
10        A    I believe he was at Gemini in
11    2016. I'm not sure when he departed.
12        Q    At 11:23 a.m. you say,
13    "Understood, a number of them are using my
14    capital." What were you referring to when
15    you said, "a number of them are using my
16    capital"?
17        A    That could be a reference to
18    some of these entities had borrowed loans
19    from Pearl Street.
20        Q    And when you say, "using my
21    capital," were you referring to using loan
22    proceeds from Pearl Street?
23        A    I believe I just answered that.
24        Q    When you said "using my
25    capital," were you referring to using loan
```

150

```
 1            C. Winklevoss
 2   proceeds from Pearl Street?
 3       A    I believe I answered that two
 4   questions before. Did you think I did not
 5   answer that?  You literally just asked me
 6   that question.
 7       Q    So I asked a different question
 8   twice, but you haven't given an answer.
 9       A    Okay. I guess I didn't
10   understand the difference between the
11   questions. So, sorry, what is the question?
12       Q    When you were referring to
13   "using my capital," were you referring to
14   using loan proceeds from Pearl Street?
15       A    As I stated before, I believe
16   that could be referring to Pearl Street
17   loans.
18       Q    At 11:23 a.m. in that same line
19   you say, "which makes up a material amount
20   of their balance sheet." When you say
21   "balance sheet," what were you referring to?
22       A    Could have been the coins they
23   were trading on -- I don't know, could be
24   related to crypto, tokens, I'm not really
25   sure I have a basis to know what was
```

[12/9/2021] Cameron Winklevoss - 12.09.2021

234

C. Winklevoss

1
2    A    I don't believe that I have seen
3    anything -- I don't think so. I'm happy to
4    look at a document or see if there is
5    something that might give us more
6    information.
7    Q    In this document, Shane Molidor
8    says it was a quick operational advance so
9    they could cross themselves, do you have any
10   reason to think that they did not actually
11   cross themselves?
12   A    I don't. I mean, I'm just
13   looking at the words on the page and taking
14   them as is.
15   Q    And at this time, did Gemini
16   permit self-crossing in auctions?
17   A    The self-trade prevention in
18   auctions was not present in December 27,
19   2016.
20   Q    And at that time did Gemini
21   permit self-crossing in the auctions?
22   A    I believe it was possible.
23   Q    As a matter of policy, did
24   Gemini allow it to happen?
25   A    I'm not sure we had a policy

[12/9/2021] Cameron Winklevoss - 12.09.2021

238

```
 1              C. Winklevoss
 2      Q      Have you, yourself, self-traded
 3   in Gemini auction when trading for an
 4   account in your name?
 5      A      I believe that in 2016 I placed
 6   orders in the auction at different points in
 7   time in an effort to help bootstrap
 8   liquidity and I believe some of the orders
 9   that I placed did cross if there weren't
10   other participants in the auction. So to
11   your answer question, I'm aware of some
12   self-crosses in the auction in orders that I
13   placed in 2016.
14      Q      And for the auctions in which
15   you bootstrapped liquidity, did you view
16   those auction results as bona fide?
17      A      I do. I believe the orders, they
18   had market risk and were economic orders.
19      Q      Could you set that document
20   exhibit. Could you go through your pile and
21   pull out Exhibit 5 ? Exhibit 5 is email from
22   Nicole Gordon on August 25, 2017.
23      A      Okay.
24      Q      Could you turn to the page
25   ending 3222 and I draw your attention to
```

[12/9/2021] Cameron Winklevoss - 12.09.2021

256

```
 1              C. Winklevoss
 2   surprised if that's what happened.
 3       Q     And do you have any recollection
 4   of why you were giving top market makers ten
 5   basis point rebates in November 2017?
 6       A     Very generally speaking, rebates
 7   were part of our marketplace and part of our
 8   auction and aimed at fostering liquidity and
 9   health in the marketplace.
10       Q     In November 2017, had Gemini
11   amended its fee schedule posted on this
12   website to eliminate rebates for auction
13   orders?
14             MR. BAUGHMAN:  I'm sorry, could
15      you say it again? I just lost it.
16             MS. DE URIOSTE:  I think he
17      understood the question.
18             MR. BAUGHMAN:  I'm not debating
19      that, I just lost the question.
20       Q     In November 2017, did Gemini
21   amend its fee schedule to eliminate the
22   rebate for auction orders?
23       A     It's certainly possible. We
24   could go to the fees and see what the
25   schedule looked like, I'm happy to do that.
```

[12/9/2021] Cameron Winklevoss - 12.09.2021