# EXHIBIT 93

```
                                                    Page 2508
 1
 2    JAMS
      ----------------------------------x
 3    GEMINI TRUST CO. and
      WINKLEVOSS CAPITAL MANAGEMENT,
 4    LLC,
                    Claimants,    Reference No.
 5                                1425025351
 6    v.
      BENJAMIN SMALL, et al.,
 7                    Respondents.
      ----------------------------------x
 8    BENJAMIN SMALL,
             Counterclaim-Claimant,
 9    v.
      WINKLEVOSS CAPITAL MANAGEMENT, LLC.
10           Counterclaim-Respondent.
      ----------------------------------x
11                 September 30, 2021
12                 9:00 a.m.
13
14               * * * VOLUME VII * * *
15       CONTINUED ARBITRATION PROCEEDINGS, held at
16    JAMS, 620 Eighth Avenue, New York, New York, before
17    Judith Castore, a Certified Livenote Reporter and
18    Notary Public of the State of New York.
19
20
21
22
23
24
25
```



Page 2617

DIRECT EXAMINATION - C. WINKLEVOSS

1  
2  Associates, and Smart Contract,
3  correct?
4      And then Exhibit 50 is a
5  letter from Mr. David and Mr. Ruthizer
6  at Hashtech.
7      Do you see that?
8   A   I see those letters.
9   Q   Okay.  And these were letters
10 later in the process in December 2017,
11 correct?
12  A   That's correct.
13  Q   Okay.  And just -- the reason
14 I'm showing it, I just want to get the
15 context.
16     If you look at Exhibit 68, at
17 the bottom of the page, there is a
18 sentence that says:  The total value of
19 Gemini rebates paid out to the Cardano
20 and Hashtech accounts, as well as
21 related accounts, was 388.13183179054
22 Bitcoin and $1,731,608.54 USD, which
23 totals 7,452,671.74 in notional USD
24 value.
25     Did I read that correctly?

Page 2618

DIRECT EXAMINATION - C. WINKLEVOSS

1  
2   A   That's correct.
3   Q   And then there is a footnote
4  explaining the value of Bitcoin in
5  dollars is actually appreciated,
6  correct?
7      I guess it doesn't say
8  appreciated.  It just gives the
9  conversion as of the date of the
10 letter, which would be December 28,
11 correct?
12     (Clarification by the
13     reporter.)
14  A   That's correct.
15  Q   And then there is a table
16 here which shows a series of accounts.
17 And do you see it says Account,
18 Cardano -- I'm now pointing to page 2
19 of Exhibit 68.
20     Cardano, Hashtech, Satoshi
21 Kobayashi, Jonathan David, Alex
22 Ruthizer, Top Associates, and Smart
23 Contract.
24     Could you explain what those
25 accounts are, and how they relate to

Page 2619

DIRECT EXAMINATION - C. WINKLEVOSS

1  
2  the testimony you gave about clawing
3  back the money?
4   A   So Mr. Kobayashi was, I
5  believe, a beneficial owner of Cardano,
6  Top Associates, and Smart Contract.
7      Mr. David and Mr. Ruthizer
8  were the beneficial owners of Hashtech.
9   Q   Okay.  And we're going to
10 come to this, but are all of these
11 people or entities -- Cardano,
12 Hashtech, Kobayashi, David, Ruthizer,
13 Top Associates, Smart -- were they
14 originally people you sued?
15  A   I don't know if all of the
16 entities or individuals were named.
17 It's certainly possible.  I know that
18 Cardano and Hashtech would certainly
19 have been named.
20  Q   Okay.  So the total amount
21 lost as of the -- using the conversion
22 factor or exchange rate as of the end
23 of 2017, was about $7.4 million,
24 correct?
25  A   That's correct.

Page 2620

DIRECT EXAMINATION - C. WINKLEVOSS

1  
2   Q   How significant or how
3  substantial was a $7.4 million loss to
4  Gemini in 2017?
5   A   Enormous.
6   Q   Was it greater than your
7  expected profits for the year?  Did you
8  have a loss?
9      What did that do to you?
10  A   That would have wiped out any
11 profits we would have made since
12 inception.  And Gemini, for the
13 first -- I think until about
14 March 2017, had never turned a profit,
15 meaning that our expenses were greater
16 than the money we were taking in -- on
17 fees per month.
18     So we started building Gemini
19 in 2014.  So it took us about from --
20 obviously, a year and a half to build
21 the software, get our license, and then
22 operate for a year and a half.
23     And during those three years,
24 we were not profitable, which means
25 that Tyler and I, being the sole

29 (Pages 2617 - 2620)

Page 2621

1  DIRECT EXAMINATION - C. WINKLEVOSS
2  investors, were carrying the entire
3  payroll and all the expenses of the
4  company.
5      We were literally carrying
6  the weight of the world on our
7  shoulders for the better part of three
8  years.  And it's an incredible amount
9  of pressure, a huge burn, and we took
10 that on.  We believed in the company.
11     But this was a massive blow.
12 Q   What is the relationship
13 between the discovery in August that
14 you've lost 113 Bitcoin in July and
15 potentially that much again in August
16 to your level of anxiety and agitation?
17 A   It -- quite high and quite
18 devastating.
19     MR. BAUGHMAN:  You need a
20  moment, Your Honor?
21     ARBITRATOR SEGALL:  What's
22  the exhibit number of this?
23     MR. BAUGHMAN:  This one is
24  68.
25     ARBITRATOR SEGALL:  I want to

Page 2622

1  DIRECT EXAMINATION - C. WINKLEVOSS
2  see the end of the letter, please.
3     MR. BAUGHMAN:  Why don't I
4  take -- go through the sequence,
5  Your Honor?  It might help.
6     ARBITRATOR SEGALL:  I will
7  tell you -- maybe you could
8  formulate the question.
9     MR. BAUGHMAN:  I want it to
10  be clear, what happened.
11     ARBITRATOR SEGALL:  I'm a
12  little baffled by the timing here,
13  because the demand for arbitration
14  was, I think, December 10.
15     MR. BAUGHMAN:  I can explain
16  it.
17     ARBITRATOR SEGALL:  Could you
18  please ask some questions to
19  explain that?  Because it seems
20  out of sequence to me.
21     MR. BAUGHMAN:  I understand,
22  and I was going to -- I jumped
23  ahead in the story, but that's
24  okay.  So if you will allow me to
25  just set the stage.

Page 2623

1  DIRECT EXAMINATION - C. WINKLEVOSS
2  Q   Is it correct,
3  Mr. Winklevoss, that towards end of
4  September, beginning of October,
5  because of Ms. Toomey you started to
6  understand where the losses were, where
7  the money had gone, and how much; is
8  that fair?
9  A   End of September, beginning
10 of October.
11     Though, I believe,
12 directionally, we were hot on the trail
13 in the first week of September.
14 Q   So did you then initiate
15 contact with Cardano and Hashtech at
16 this time?
17 A   I believe we did.
18 Q   So let's must put up --
19     MR. BAUGHMAN:  And, Jesse,
20  maybe you could put them side by
21  side, WX 173 and 185.
22 Q   Here we have -- on 173, there
23 is e-mails between Sarah Olsen and Hiro
24 Kakiya and Satoshi Kobayashi.
25     Do you see that at the top?

Page 2624

1  DIRECT EXAMINATION - C. WINKLEVOSS
2     And they're setting up a
3  meeting with people from the Kobayashi
4  Cardano group, correct?
5  A   Correct.
6  Q   Did you, in fact, go meet
7  with them?
8  A   I don't recall a meeting with
9  Mr. Kobayashi or any of the principals
10 at that time.
11 Q   Okay.  But you were reaching
12 out to them?
13 A   I believe we reached out and
14 tried to get a face-to-face meeting.
15 Q   Well, let me see if I can
16 refresh your recollection.
17     Here's an e-mail in
18 Exhibit 185 that says from Sarah Olsen
19 to you, Tyler Winklevoss, Michael Breu,
20 Caitlin Barnett.
21     And it says:  Team, please
22 find notes from our call this morning
23 with Satoshi Kobayashi and Hiro Kakiya.
24     Do you see that?
25 A   I do.