UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
COMMODITY FUTURES TRADING :
COMMISSION, :     **ORDER REGULATING**
:     **PROCEEDINGS**
Plaintiff, :
-against- :     22 Civ. 4563 (AKH)
:
GEMINI TRUST COMPANY, LLC, :
:
Defendant. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Because of an ongoing criminal trial, the final pretrial conference scheduled for July 9, 2024 is canceled. Oral argument on CFTC's motion for summary judgment will be heard on July 23, 2024 at 11 a.m. and will continue day to day until concluded. The parties shall be prepared to discuss their proofs in detail, alleged misrepresentation by alleged misrepresentation, and whether summary judgment as to each is appropriate. The triable issues, if any, will be tried beginning January 13, 2025. at 10 a.m. The final pretrial conference will be on January 6, 2025 at 11 a.m. Pending motions in limine will be entertained at the conclusion of the summary judgment oral argument.

      SO ORDERED.

Dated:   June 21, 2024
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge