UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :

COMMODITY FUTURES TRADING        :
COMMISSION,                            :     **ORDER REGULATING**
                                            :     **PROCEEDINGS**
                 Plaintiff,        :
     -against-                       :     22 Civ. 4563 (AKH)
                                            :

GEMINI TRUST COMPANY, LLC,       :
                                            :
                    Defendant.     :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The first order of business at oral argument scheduled for July 23, 2024 will be to discuss the issue raised by Defendant of liability for representations made indirectly to the CFTC.  For the remainder of argument, the statements shall be addressed in four groups:

1) Group One will deal with statements about prefunding.  *See* Statements 1, 2, 5, 6, 9, 10, 13, 14, 17, 18, 19, 20, 22, 26, 27.

2) Group Two will deal with statements about fee rebate incentives.  *See* Statements 23, 28.

3) Group Three will deal with statements about self-trading prevention.  *See* Statements 4, 8, 12, 16, 21, 24, 31.

4) Group Four will deal with statements about volume and liquidity.  *See* Statements 3, 7, 11, 15, 25, 29, 30.

       SO ORDERED.

Dated:       July 18, 2024
             New York, New York                    ALVIN K. HELLERSTEIN
                                                   United States District Judge