UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
COMMODITY FUTURES TRADING                                       :
COMMISSION,                                                     :   **ORDER REGULATING**
                                                                :   **PROCEEDINGS**
                                        Plaintiff,              :
         -against-                                              :   22 Civ. 4563 (AKH)
                                                                :
GEMINI TRUST COMPANY, LLC,                                      :
                                                                :
                                        Defendant.              :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         The parties shall file a joint list of appearances for the oral argument on July 23,

2024 by July 22, 2024 at 4 p.m.


         SO ORDERED.

Dated:        July 22, 2024
              New York, New York              _____
                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge