

One Liberty Plaza, Floor 46  
New York, NY 10006  
(212) 548-3212

500 East Main St., Suite 1400  
Norfolk, VA 23510  
(757) 904-5373

July 22, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1050  
New York, New York 10007

*Commodity Futures Trading Commission v. Gemini Trust Company, LLC*,  
Case No. 22-cv-4563 (AKH)

Dear Judge Hellerstein:

Pursuant to the Court's July 22, 2024 order, below is the list of counsel expected to appear on the record at the oral argument scheduled for Tuesday, July 23, 2024.

**For Plaintiff**

Andrew J. Rodgers  
Phone: (646) 746-9897  
Email: ARodgers@CFTC.gov

K. Brent Tomer  
Phone: (845) 809-5902  
Email: KTomer@CFTC.gov

Alejandra de Urioste  
Phone: (646) 584-1309  
Email: ADeUrioste@CFTC.gov

Diana Wang  
Phone: (646) 746-9702  
Email: DWang@CFTC.gov

Peter Janowski  
Phone: (646) 746-9870  
Email: PJanowski@cftc.gov

**For Defendant**

    John F. Baughman
    Baughman Kroup Bosse PLLC
    Phone: (757) 904-5374
    Email: jbaughman@bkbfirm.com

    Daniel A. Schwartz
    Baughman Kroup Bosse PLLC
    Phone: (646) 839-0735
    Email: dschwartz@bkbfirm.com

    Elizabeth Lee
    Baughman Kroup Bosse PLLC
    Phone: (646) 661-4768
    Email: elee@bkbfirm.com

Respectfully submitted,

/s/ John F. Baughman

cc:    Counsel of Record