# EXHIBIT 108

Messages in **mpdm-cameron--tyler--shane.molidor-1** on **2017-02-02**

**shane (Shane Molidor)** 2017-02-02 10:34 AM
please sign when ready and then we can do a transfer of 2,000 BTC from pearl street, and then a subsequent admin debit of 1,000 BTC to remove the operational float

2017-02-02-PearlStreet-Circle-Note-BITCOIN executed.pdf

https://iceland.slack.com/files/U0JUSV5HD/F405P7ZRB/2017-02-02-pearlstreet-circle-note-bitcoin_executed.pdf

**cameron (Cameron Winklevoss)** 2017-02-02 02:06 PM
shane (Shane Molidor) please slack to Anthi and she will print and get me to sign

**cameron (Cameron Winklevoss)** 2017-02-02 02:06 PM
thx

**cameron (Cameron Winklevoss)** 2017-02-02 03:46 PM

2017-02-02 - Pearl Street - Cirlce - Bitcoin - NOTE.pdf

https://iceland.slack.com/files/U02GLRLFN/F40V8HFHD/2017-02-02_-_pearl_street_-_cirlce_-_bitcoin_-_note.pdf

**shane (Shane Molidor)** 2017-02-02 07:03 PM
boom

Screen Shot 2017-02-02 at 7.03.08 PM.png

https://iceland.slack.com/files/U0JUSV5HD/F3ZM5G3AM/screen_shot_2017-02-02_at_7.03.08_pm.png

**cameron (Cameron Winklevoss)** 2017-02-02 07:21 PM
Fuck yea! That's a great #

**tyler (Tyler Winklevoss)** 2017-02-02 07:39 PM
Awesome!

**tyler (Tyler Winklevoss)** 2017-02-02 07:39 PM
I might make the Note not all capitalized so it is easier to read

**tyler (Tyler Winklevoss)** 2017-02-02 07:40 PM
and maybe bold the exchange rate numbers

**Confidential Treatment Requested by Gemini Pursuant to FOIA**    **GEM_CFTC208764**