**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>         Defendant. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein<br><br>**NOTICE OF GEMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 31, 2024 ORDER DENYING GEMINI'S MOTION FOR A CERTIFICATE OF APPEALABILITY** |

PLEASE TAKE NOTICE that defendant Gemini Trust Company, LLC ("Gemini"), upon the accompanying memorandum of law and Declaration of John F. Baughman and exhibits thereto, hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a time and place to designated by the Court, for an order granting Gemini's Motion for Reconsideration pursuant to Local Civil Rule 6.3 for reconsideration of this Court's October 31, 2024 Order denying Gemini's motion for certification of an interlocutory appeal under 28 U.S.C. § 1292(b).

Dated: New York, New York
   November 8, 2024

                     BAUGHMAN KROUP BOSSE PLLC

                     By /s/ John F. Baughman

                       John F. Baughman
                       Daniel A. Schwartz
                       Elizabeth J. Lee
                       Ernest E. Butner IV
                       One Liberty Plaza – 46th Floor
                       New York, NY 10006
                       (212) 548-3212

                  *Attorneys for Gemini Trust Company, LLC*