# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>- v. -<br><br>GEMINI TRUST COMPANY, LLC,<br><br>Defendant. | Case No. 22-cv-04563 (AKH) |

**DEFENDANT GEMINI TRUST COMPANY, LLC'S**
**FIRST REQUEST TO PLAINTIFF FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Gemini Trust Company, LLC ("Gemini"), by and through its undersigned attorneys, hereby requests that plaintiff Commodity Futures Trading Commission ("Plaintiff") produce the documents described below for inspection and copying at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 in accordance with the Definitions, Rules of Construction, and Instructions below.

**DEFINITIONS AND RULES OF CONSTRUCTION**

1. The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure and Rule 26.3 of the Local Civil Rules of the Southern District of New York are hereby incorporated into the requests for the production of documents set forth herein (the "Requests," and each, a "Request").

2. "Action" refers to the above captioned action pending in the United States District Court for the Southern District of New York.

3. "Bitcoin Futures Contract" has the meaning assigned to it in the Complaint in this Action.

4. "Cantor" refers to the Cantor Exchange, including each of its predecessors, successors, indirect or direct parents, subsidiaries, departments, divisions, business units, joint



agreements, cooperation agreements, FBI Report FD-302s, and documents, records, or other communications related to meetings between Enforcement and any governmental entity.

10. All communications between Enforcement and any other person, company, or entity in connection with any investigation or inquiry concerning the allegations and events that are the subject of this Action, at any time, including without limitation any communications with Cboe, the Options Clearing Corporation, the National Futures Association, CME, Cantor, Benjamin Small, and Shane Molidor, and all documents received pursuant to any subpoena, formal or informal request (whether written or oral), voluntary production, and any white-papers, presentations, or other documents exchanged.

11. All versions of all policies, procedures, or written guidance specific to sharing information with any governmental entity, including the sharing of materials collected pursuant to any grand jury proceedings.

12. All document and communications concerning the Hashtech and Cardano rebate scheme, including any investigation files associated therewith, and any communications with governmental entities related thereto.