UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　　　Defendant. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein<br><br>**NOTICE OF MOTION TO SEAL GEMINI'S AMENDED MOTION *IN LIMINE* NO. 2** |

　　　　Defendant Gemini Trust Company, LLC ("Gemini"), through the undersigned counsel, moves the Court for an order (i) provisionally sealing Gemini's Motion *in Limine* No. 2 (the "Motion") and certain related materials (collectively, the "Motion Papers") until Gemini's motion to compel ███████████████████████████████████████████ is decided in the case captioned *Gemini Trust Company, LLC v. Financial Crimes Enforcement Network*, 1:24-cv-00266-RA (S.D.N.Y.) and (ii) permanently sealing the Motion Papers if Gemini's motion to compel is denied on the grounds that those documents are privileged.

　　　　The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated:　New York, New York
　　　　　November 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　BAUGHMAN KROUP BOSSE PLLC

　　　　　　　　　　　　　　　　　　　　　　　By /s/ John F. Baughman

　　　　　　　　　　　　　　　　　　　　　　　　John F. Baughman
　　　　　　　　　　　　　　　　　　　　　　　　Daniel A. Schwartz
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth J. Lee
　　　　　　　　　　　　　　　　　　　　　　　　Ernest E. Butner IV
　　　　　　　　　　　　　　　　　　　　　　　　One Liberty Plaza – 46th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　　　　　(212) 548-3212

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Gemini Trust Company, LLC*