# EXHIBIT 3

Messages in **strategy** on **2017-08-23**

**Benjamin Small** 2017-08-23 01:03 PM
Correct.

**Benjamin Small** 2017-08-23 01:04 PM
"Expert Judgment" involves effectively "tweaking" prices to account for certain weird things.

**Benjamin Small** 2017-08-23 01:06 PM
!here|@here: Very good call with Sullivan & Cromwell yesterday about Finra. We might just have a good angle. Unfortunately, it means we'll be going down to Washington pretty much monthly from now until forever.

**Benjamin Small** 2017-08-23 01:07 PM
!here|@here: When do we want to announce Shane's departure?

**Cameron Winklevoss** 2017-08-23 01:52 PM
Benjamin Small excellent.

**Cameron Winklevoss** 2017-08-23 01:53 PM
Benjamin Small he has draft Separation -- once he signs off I will announce

Benjamin Small, Tyler Winklevoss reacted with: white_check_mark

**Benjamin Small** 2017-08-23 02:54 PM
Cameron Winklevoss Tyler Winklevoss: Are we ready to finish off the CFTC questions and the accompanying PDF packet?

**Tyler Winklevoss** 2017-08-23 02:55 PM
almost

**Tyler Winklevoss** 2017-08-23 02:55 PM
we need an hour or two more

**Tyler Winklevoss** 2017-08-23 02:56 PM
this has turned into being a much larger project that originally anticipated

**Benjamin Small** 2017-08-23 02:56 PM
Cool.

**Tyler Winklevoss** 2017-08-23 02:56 PM
Gain wants to fund their account with a credit card :joy:

**Benjamin Small** 2017-08-23 02:56 PM
Yeah, I know. Sorry about that. But I think this could really be our final gate for this, the ETF, and everything else.

**Benjamin Small** 2017-08-23 02:56 PM
Haha, saw that. Replying now.

**Tyler Winklevoss** 2017-08-23 02:57 PM
Yep yep

**Confidential -- Pursuant to Protective Order**
Confidential Treatment Requested by Gemini Pursuant to FOIA

Gemini018085
GEM_CFTC002991

**Tyler Winklevoss** 2017-08-23 03:00 PM
Benjamin Small GAIN has opened an account with us

**Tyler Winklevoss** 2017-08-23 03:01 PM
confirm with Brian Keogh, but I believe they are completely set up and just added another person as well

**Benjamin Small** 2017-08-23 03:01 PM
I didn't see them in admin.

**Tyler Winklevoss** 2017-08-23 03:01 PM
confer with Brian

**Benjamin Small** 2017-08-23 03:01 PM
Doing now.

**Benjamin Small** 2017-08-23 03:04 PM
Also, we need to start cc'ing Sarah on email chains that have Shane but not her.

**Cameron Winklevoss** 2017-08-23 03:04 PM
totally.

**Cameron Winklevoss** 2017-08-23 03:06 PM
https://docs.google.com/document/d/1KiZhveU5MychUL6qHKaR60Kx0yC3U9YBL9TCXr9pDfs/edit#heading=h.kb63qf35v0to

**Cameron Winklevoss** 2017-08-23 03:06 PM
ben can you take a look at *Erroneous Trade Policy* section there and see if it accurately describes a plan?

**Benjamin Small** 2017-08-23 03:09 PM
Yes, looks about right.

**Cameron Winklevoss** 2017-08-23 03:10 PM
Ok we may need to make updates to the Marketplace page too based on this policy, stay tuned.

**Cameron Winklevoss** 2017-08-23 03:14 PM
Oddly we haven't defined an executed order as a Trade, lol

**Cameron Winklevoss** 2017-08-23 03:14 PM
good catch

**Cameron Winklevoss** 2017-08-23 03:38 PM
Benjamin Small should we create mailto:api@gemini.com|api@gemini.com to come directly to us??

**Benjamin Small** 2017-08-23 03:48 PM
What do you mean? Most customers use mailto:trading@institution.gemini.com|trading@institution.gemini.com.

**Benjamin Small** 2017-08-23 03:50 PM
But we can't put that email address online anywhere—it'd get too many general support questions.

**Cameron Winklevoss** 2017-08-23 04:02 PM
Im talking for the API Agreement page, should we put something other than support@?

Confidential -- Pursuant to Protective Order

Confidential Treatment Requested by Gemini Pursuant to FOIA

Gemini018086

GEM_CFTC002992

**Benjamin Small** 2017-08-23 04:03 PM
Nah. The problem with putting *any* address on the website is that people find it for general support.

**Benjamin Small** 2017-08-23 04:03 PM
I'm confident our customer support team can get important inquiries to us or Sarah within a few days.

**Cameron Winklevoss** 2017-08-23 04:04 PM
ok

**Cameron Winklevoss** 2017-08-23 04:04 PM
NM then

**Benjamin Small** 2017-08-23 04:04 PM
Beth Kurteson: Do we still have *Barron's* at 2:pm?

**Cameron Winklevoss** 2017-08-23 04:05 PM
no idea, Beth Kurteson

**Benjamin Small** 2017-08-23 04:49 PM
What's the DFS call at 2:30 pm?

**Beth Kurteson** 2017-08-23 05:33 PM
!here|@here yes, but did you want to reschedule !subteam^S521LQPNG|@cameronwinklevossandtylerwinklevoss since you're trying to vacation

**Cameron Winklevoss** 2017-08-23 05:47 PM
I can do it at 230pm

**Cameron Winklevoss** 2017-08-23 05:47 PM
We have had 2 calls w/ them to get better clarity on their numbers, Shane can't seem to reproduce. He is close in some areas, but not exact.

**Cameron Winklevoss** 2017-08-23 05:47 PM
Their formula is complicated, and he may not be doing it right, perhaps a combination

**Cameron Winklevoss** 2017-08-23 05:48 PM
not really sure where we go from here, but we should jump on phone and try and figure it out.

**Cameron Winklevoss** 2017-08-23 05:48 PM
Benjamin Small who can audit whether we are following IOSCO Benchmark Principles -- Deloitte??

**Cameron Winklevoss** 2017-08-23 05:48 PM
Can we wrap that into SOC2?

**Benjamin Small** 2017-08-23 05:50 PM
I think we can wrap the IOSCO stuff into SOC2.

**Beth Kurteson** 2017-08-23 05:56 PM
Cameron Winklevoss that is when NYSDFS call is… can i confirm 5:30pm ET for Barron's? or push to tomorrow?

**Beth Kurteson** 2017-08-23 05:56 PM
currently it is at 2:00pm ET

**BK** **Beth Kurteson** 2017-08-23 06:03 PM
Ben is going to take this, please let us know if we should push. This is just a background call to learn more about Gemini and relationship with CBOE.

2:00pm ET
Gemini | Barron's - Avi Salzman [ON BACKGROUND]
HipDial: tel:646-759-9947|646-759-9947

**CW** **Cameron Winklevoss** 2017-08-23 06:03 PM
I will prob be driving around 530 so that can work

**CW** **Cameron Winklevoss** 2017-08-23 06:03 PM
ben can take that call

**BK** **Beth Kurteson** 2017-08-23 06:03 PM
great. onward! thanks, guys.

**CW** **Cameron Winklevoss** 2017-08-23 06:04 PM
he has his name all over that

**CW** **Cameron Winklevoss** 2017-08-23 06:31 PM
DFS is mostly technical so not necessary for Ben

**BS** **Benjamin Small** 2017-08-23 06:32 PM
Okay. Is Shane on?

**CW** **Cameron Winklevoss** 2017-08-23 06:32 PM
Yes

**BS** **Benjamin Small** 2017-08-23 06:33 PM
Okay.

**CW** **Cameron Winklevoss** 2017-08-23 07:01 PM
Benjamin Small how do we have negative 113 BTC fees for July?

**BS** **Benjamin Small** 2017-08-23 07:02 PM
I assume you're talking about trading fees? If so, that's all from the ETH/BTC book. Shane was too generous with fee overrides. We're going to pare those back.

**CW** **Cameron Winklevoss** 2017-08-23 07:04 PM
Who in the fuck told him he could be generous

**CW** **Cameron Winklevoss** 2017-08-23 07:05 PM
and who decided to subsidize that book so that it could grow 20X at the expense of $400K

**CW** **Cameron Winklevoss** 2017-08-23 07:05 PM
I wanna know where those bitcoin went and who benefited

**CW** **Cameron Winklevoss** 2017-08-23 07:05 PM
wanna know my guess?

**BS** **Benjamin Small** 2017-08-23 07:05 PM
I agree that there may be friction with us and Circle going forward.

**Cameron Winklevoss** 2017-08-23 07:06 PM
Give me a second.

**Cameron Winklevoss** 2017-08-23 07:07 PM
I think a resignation just became a termination.

**Benjamin Small** 2017-08-23 07:07 PM
Sure, but what's really the difference?

**Cameron Winklevoss** 2017-08-23 07:07 PM
The difference is I'm about to walk 20 blocks north and roll heads.

**Cameron Winklevoss** 2017-08-23 07:08 PM
This is on you.

**Benjamin Small** 2017-08-23 07:08 PM
Yes, it is.

**Benjamin Small** 2017-08-23 07:09 PM
I didn't know he had nefarious motives. I assumed he'd been speaking with market makers in good faith about increasing volumes across all our books.

**Cameron Winklevoss** 2017-08-23 07:09 PM
I want names of beneficiaries, all of them in July.

**Benjamin Small** 2017-08-23 07:56 PM
I honestly don't know whether the CBOE has replied to the CFTC yet. But we have a call with them in half an hour, so we can ask.
> Benjamin Small
> Cameron Winklevoss Tyler Winklevoss: Are we ready to finish off the CFTC questions and the accompanying PDF packet?
> Posted in #strategy

**Cameron Winklevoss** 2017-08-23 08:24 PM
We are almost done w/ policy.

**Cameron Winklevoss** 2017-08-23 08:24 PM
Benjamin Small :point_up_2::skin-tone-2:

**Cameron Winklevoss** 2017-08-23 08:24 PM
We will have it back to them no later than tonight

**Benjamin Small** 2017-08-23 08:24 PM
Cool.

**Cameron Winklevoss** 2017-08-23 08:38 PM
Benjamin Small any chance we could call these *Gemini Futures* to help build our brand?

**Cameron Winklevoss** 2017-08-23 08:39 PM
Like Henry Hub Futures

**Benjamin Small** 2017-08-23 08:39 PM
Interesting. We can try that branding angle.

Confidential -- Pursuant to Protective Order                                                                 Gemini018089
Confidential Treatment Requested by Gemini Pursuant to FOIA                                          GEM_CFTC002995

**BK** **Beth Kurteson** 2017-08-23 08:43 PM
oh, i like.

**BK** **Beth Kurteson** 2017-08-23 08:43 PM
#tothemoon

**CW** **Cameron Winklevoss** 2017-08-23 08:46 PM
After all we are *the future*

**CW** **Cameron Winklevoss** 2017-08-23 08:46 PM
And fits in w/ the *Gemini dolllar*

**CW** **Cameron Winklevoss** 2017-08-23 08:47 PM
We are fine 50/50 on historical

**CW** **Cameron Winklevoss** 2017-08-23 08:47 PM
We should be sending all inquiries over to CBOE (Jump, etc.)

**CW** **Cameron Winklevoss** 2017-08-23 08:48 PM
This is great, will get paid for these tasks

**BS** **Benjamin Small** 2017-08-23 08:50 PM
Exactly.

**BS** **Benjamin Small** 2017-08-23 08:50 PM
:rocket:

**U** **USLACKBOT** 2017-08-23 08:50 PM
TO THE MOON!

**CW** **Cameron Winklevoss** 2017-08-23 08:57 PM
https://docs.google.com/document/d/1sOdpC_t6xsc5n1N5fQIOT8UM3j9ytr-g5Cf3l8GPuD0/edit#

**CW** **Cameron Winklevoss** 2017-08-23 08:57 PM
Benjamin Small want to rip through this?

**BS** **Benjamin Small** 2017-08-23 08:58 PM
Yep!

**CW** **Cameron Winklevoss** 2017-08-23 08:58 PM
Ok want me to get on phone w/ u?

**CW** **Cameron Winklevoss** 2017-08-23 09:34 PM
Benjamin Small I think we are good here -- do u think this agreement requires them to have contractual obligations in place to share info?

**CW** **Cameron Winklevoss** 2017-08-23 09:34 PM
Like this:"

Confidential -- Pursuant to Protective Order
Confidential Treatment Requested by Gemini Pursuant to FOIA
Gemini018090
GEM_CFTC002996

**Cameron Winklevoss** 2017-08-23 09:34 PM

```
contain provisions that require the Vendor to treat our Organization's information
(including User information) as (i) confidential, (ii) prevent the subsequent use of
Organization information (however, aggregated and anonymized use of User information
may be permitted in some cases such as when engaging the services of an analytics
provider), and (iii) use reasonably commercial best efforts to protect our
Organization's information
```

**Benjamin Small** 2017-08-23 09:35 PM
I think so. Paragraph 10 directly addresses (i), (ii), and (iii).

**Benjamin Small** 2017-08-23 09:35 PM
Doesn't it?

**Cameron Winklevoss** 2017-08-23 10:06 PM
```
as it uses in protecting its own information of a similar type.
```

**Cameron Winklevoss** 2017-08-23 10:06 PM
I think so

**Benjamin Small** 2017-08-23 10:06 PM
Yeah, I think so.

**Cameron Winklevoss** 2017-08-23 10:06 PM
I could beef it up.

**Benjamin Small** 2017-08-23 10:07 PM
Up to you.

**Benjamin Small** 2017-08-23 10:11 PM
The little shit is already sending business to Circle:
https://iceland.slack.com/archives/G02RX5R9B/p1503526249000207

Cameron Winklevoss reacted with: joy

**Cameron Winklevoss** 2017-08-23 10:25 PM

```
CBOE further represents and warrants that their ISG Agreements contain necessary
confidentiality provisions to protect any information provided by Gemini pursuant to
this Agreement that is shared with ISG members to the same degree and care as CBOE
has in relation to protecting its own information of a similar type.
```

**Cameron Winklevoss** 2017-08-23 10:25 PM
tacked that onto bottom of 9

**Cameron Winklevoss** 2017-08-23 10:25 PM
think we are ready to go if you agree

**Benjamin Small** 2017-08-23 10:26 PM
Looks good to me.

**Cameron Winklevoss** 2017-08-23 10:41 PM
Rationale for snapshot time?

**Cameron Winklevoss** 2017-08-23 10:42 PM
When did the fork actually occur

**Benjamin Small** 2017-08-23 10:43 PM
The first divergent block was mined about four hours later.

**Cameron Winklevoss** 2017-08-23 10:43 PM
Ok

**Benjamin Small** 2017-08-23 10:44 PM
But 08:20 EDT is the time it activated, and I think most of the community is viewing that as "The Time."

**Cameron Winklevoss** 2017-08-23 10:44 PM
+1

**Benjamin Small** 2017-08-23 10:56 PM
Cameron Winklevoss Tyler Winklevoss: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

**Cameron Winklevoss** 2017-08-23 11:03 PM
Almost

**Cameron Winklevoss** 2017-08-23 11:03 PM
Will hopefully be done by tomorrow

Benjamin Small reacted with: +1

**Cameron Winklevoss** 2017-08-23 11:05 PM
Ben we are net negative 84bitcoin in August. On Sept1 will the bleeding stop w/ new fee structure?

**Benjamin Small** 2017-08-23 11:05 PM
It should.

**Cameron Winklevoss** 2017-08-23 11:17 PM
https://docs.google.com/document/d/1g8I-BSyKEA7jFBBZS4dQBKqfoHf5s8KWJCe6D8ehD-M/edit

**Cameron Winklevoss** 2017-08-23 11:18 PM
Benjamin Small latest CFTC doc has been loaded there :point_up_2::skin-tone-2:

**Benjamin Small** 2017-08-23 11:37 PM
Okay. I'll get to it tonight or first thing in the morning.

**Benjamin Small** 2017-08-23 11:37 PM
Do we have PDFs for all the exhibits we need to provide?

**Cameron Winklevoss** 2017-08-23 11:39 PM
Not yet, tomorrow AM is good.

Confidential -- Pursuant to Protective Order
Confidential Treatment Requested by Gemini Pursuant to FOIA

Gemini018092
GEM_CFTC002998

**Cameron Winklevoss** 2017-08-23 11:40 PM
Will you be able to review the Market Data Integrity Policy tonight, or tomorrow?

**Benjamin Small** 2017-08-23 11:40 PM
Yes, tonight. Is it ready? What's the link?

**Cameron Winklevoss** 2017-08-23 11:40 PM
20min

**Benjamin Small** 2017-08-23 11:41 PM
:+1:

**Cameron Winklevoss** 2017-08-24 12:56 AM
https://docs.google.com/document/d/12ltmcuw4MmV1lwgaLcOQ-MS_srj0Dtz3QjZIjjZ84Rc/edit#heading=h.ur5vd7kn00hx

**Cameron Winklevoss** 2017-08-24 12:57 AM
Benjamin Small you can now go and review our brand new **Market Data Integrity Policy** there pg. 68-86

**Benjamin Small** 2017-08-24 01:00 AM
On it.

**Cameron Winklevoss** 2017-08-24 01:08 AM
Please TRACK your changes Benjamin Small

**Benjamin Small** 2017-08-24 01:09 AM
Of course.

**Cameron Winklevoss** 2017-08-24 01:19 AM
Benjamin Small we say Order Books and Matching Engine since both generate the data

**Benjamin Small** 2017-08-24 01:20 AM
They don't.

**Cameron Winklevoss** 2017-08-24 01:20 AM
doesn't order book show positions, etc.

**Benjamin Small** 2017-08-24 01:20 AM
And besides, an order book is a component within a matching engine.

**Benjamin Small** 2017-08-24 01:20 AM
And order book contains orders.

**Cameron Winklevoss** 2017-08-24 01:20 AM
Ok if you think its part of the whole fine.

**Cameron Winklevoss** 2017-08-24 01:21 AM
Will review your edits tomorrow first thing AM, hitting road in car now.

**Cameron Winklevoss** 2017-08-24 01:21 AM
We kinda like Gemini INputs

**Cameron Winklevoss** 2017-08-24 01:21 AM
cause maybe there are others in future from Submitters, etc.

**Benjamin Small** 2017-08-24 01:23 AM
Okay.

**Benjamin Small** 2017-08-24 01:30 AM
Almost there. I think we should ask Nick and Eric for input on the Control Framework for Administrators (pages 71–73).

**Cameron Winklevoss** 2017-08-24 04:44 AM
Sounds good will tag them in the AM

**Confidential -- Pursuant to Protective Order**
Confidential Treatment Requested by Gemini Pursuant to FOIA

Gemini018094
GEM_CFTC003000