# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2
 3
       - - - - - - - - - - - - - - - - - - - -
 4

       COMMODITY FUTURES TRADING           )
 5     COMMISSION,                         )
                                           )
 6                                         )
                             Plaintiff,    )
 7                                         ) Case No.
       vs.                                 ) 22-CV-4563
 8                                         )
       GEMINI TRUST COMPANY, LLC,          )
 9                                         )
                             Defendant.    )
10                                         )
       ------------------------------------
11
12
13         VIDEOTAPED AND VIRTUAL DEPOSITION OF ROSE TOOMEY
14                         VOLUME II
15                Thursday, November 16, 2023
16           AT:  9:07 a.m. Central European Time
17
18                       Taken at:
19                  Amsterdam, NETHERLANDS
20
21
22     Court Reporter:
23     Rose Kay
       Accredited Real-time Reporter
24
25     Job No. CS6289354
```



Page 412

1   Gemini's fees, relative to its trading volume, as between
2   August and September of 2017?
3        A.  As I recollect, Hashtech was suspended on
4   14 September and the trading between Hashtech and Cardano
5   ceased; and although the maker rebate hurt, the real --
6   real source of the losses was the -- the taker fee that
7   Hashtech had, in combination with the 15 bp maker rebate
8   that Cardano had.
9        Q.  And can you remind me: how does the Gemini
10  exchange make money?
11       A.  Fees on trades.
12       Q.  Did Hashtech and Cardano ever trade with each
13  other through the Gemini auction?
14       A.  I can't remember that happening.
15       Q.  I would like to show you DX321.
16            (Exhibit DX321 marked.)
17       Q.  DX321 is Bates numbered GEM_CFTC100575.
18  Ms. Toomey, I am going to ask you some questions about the
19  first page of this, but read as much as you like.
20       A.  Okay.
21       Q.  Okay.
22       And what is DX321?
23       A.  It is a discussion in Slack between myself and
24  Cameron Winklevoss.
25       Q.  And was DX321 created at or near the time by

Page 413

1   someone with knowledge of the matters being discussed?
2        A.  Yes.
3        Q.  And was DX321 kept in the course of
4   a regularly conducted activity of Gemini?
5        A.  Yes.
6        Q.  And was sending Slack messages such as DX321
7   a regular practice of Gemini's activities?
8        A.  Yes.
9        Q.  So if you look at the first message in DX321,
10  is that a question from Cameron Winklevoss to you?
11       A.  Yes.
12       Q.  And what question did he ask you?
13       A.  "Did Hashtech and/or Cardano ever interact in
14  the auction?"
15       Q.  Okay.
16       And if you go down to the middle of DX321, on the
17  first page there is a message that you sent at 7:09 p.m.  Do
18  you see that?
19       A.  I see it.
20       Q.  Could you read the message that you sent
21  Mr. Winklevoss at 7:09 p.m.?
22       A.  "Confirmed none - neither Hashtech nor
23  Cardano ever participated in auction.  No auction-only
24  orders were ever placed.  No standing continuous book orders
25  were filled by crossing with the auction book when auction

Page 414

1   ran."
2        Q.  Okay.
3        Does that refresh your recollection as to
4   whether Hashtech and Cardano ever traded through the Gemini
5   auction?
6        A.  It does.  They did not trade in the auction.
7        Q.  To your knowledge, as someone who --
8   withdrawn.
9        Were you involved in writing the code for
10  the Gemini auction?
11       A.  I was.
12       Q.  To your knowledge -- withdrawn.
13       You are familiar with how the Gemini auction
14  functions; correct?
15       A.  Correct.
16       Q.  To your knowledge, as one of the people who
17  designed -- one of the people who programmed the Gemini
18  auction, and having investigated Hashtech and Cardano, would
19  it have been possible to effectuate a trading scheme like
20  the one that Hashtech and Cardano used through the Gemini
21  auction?
22       A.  It would not.
23       Q.  Do you know if Gemini ever disclosed the
24  trading activity between Hashtech and Cardano to any
25  government authorities?

Page 415

1        A.  I do not.
2        Q.  A few times during -- a few times today, the
3   name Ben Small has come up.
4        A.  Yes.
5        Q.  Do you recall that?
6        A.  Yes.
7        Q.  How did you know Mr. Small?
8        A.  He was hired, I believe, in 2016 as the head
9   of market structure, and later became the COO.
10       Q.  And for how long -- for how long were you and
11  Mr. Small colleagues at Gemini?
12       A.  Slightly less than a year and a half.
13       Q.  And how frequently did you interact with
14  Mr. Small in your capacity as Gemini employees?
15       A.  In -- in the second half of 2016 and the first
16  half of 2017, frequently.
17       Q.  Daily, more than daily, weekly?  Do you have
18  some --
19       A.  I don't know if it was daily, but it was
20  probably three, four, five times a week.  It depends what he
21  wanted ...
22       Q.  Okay.
23       Do you recall there came a time when Mr. Small was
24  suspended by Gemini?
25       A.  Yes, although I did not know what had happened

37 (Pages 412 - 415)