UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>              Defendant. | 22-cv-4563 (AKH)<br><br>NOTICE OF PLAINTIFF'S OMNIBUS MOTION *IN LIMINE*<br><br>Hon. Alvin K. Hellerstein |

**PLEASE TAKE NOTICE** that Plaintiff Commodity Futures Trading Commission ("Commission"), upon the accompanying Memorandum of Law, hereby moves this Court for an order to (1) exclude certain evidence that it expects Defendant Gemini Trust Company, LLC will introduce at the trial, and (2) admit certain evidence that the Commission expects to introduce at trial.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the so ordered Stipulation and Order Regarding Schedule for Outstanding Pre-Trial Matters, ECF No. 149, any papers opposing the Commission's motion shall be filed by December 6, 2024.

**WHEREFORE**, the Commission respectfully requests that the Court enter an order granting the Commission's omnibus motion *in limine*, and the specific relief requested in the Commission's contemporaneously filed Memorandum of Law.

Dated:  November 15, 2024

                                                        Respectfully submitted,

                                                        /s/ *Diana Wang*
                                                        K. Brent Tomer, Chief Trial Attorney
                                                        Alejandra de Urioste, Chief Trial Attorney
                                                         Katherine Rasor, Trial Attorney
                                                         Diana Wang, Trial Attorney

2

Andrew J. Rodgers, Trial Attorney
Peter Janowski, Trial Attorney
Manal M. Sultan, Deputy Director

COMMODITY FUTURES
TRADING COMMISSION
Division of Enforcement
290 Broadway, Suite 600
New York, NY 10007
Phone: (646) 746-9700
Fax: (646) 746-9888