

One Liberty Plaza, Floor 46
New York, NY 10006
(212) 548-3212

500 East Main St., Suite 1400
Norfolk, VA 23510
(757) 904-5373

November 21, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

The Clerk shall terminate the motion,
ECF No. 155.
SO ORDERED.
11.25.24 /s/ Alvin K. Hellerstein

*Commodity Futures Trading Commission v. Gemini Trust Company, LLC*,
Case No. 22-cv-4563-AKH

Dear Judge Hellerstein:

    This firm represents defendant Gemini Trust Company, LLC ("Gemini"). We write concerning Gemini's Motion to Bifurcate the Trial (the "Motion"), which was filed on November 14, 2024. Dkt. 156. In light of the Court's November 18, 2024 Opinion and Order Denying Plaintiff's Motion for Partial Summary Judgement, Dkt. 182 (the "MSJ Order"), Gemini respectfully withdraws its Motion.

    Respectfully submitted,

    /s/ John F. Baughman

cc:    Counsel of Record