UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　Defendant. | 22-cv-4563 (AKH)<br><br>**NOTICE OF PLAINTIFF'S MOTION TO SEAL ITS RESPONSE TO DEFENDANT'S AMENDED MOTION *IN LIMINE* NO. 2**<br><br>Hon. Alvin K. Hellerstein |

**PLEASE TAKE NOTICE** that, pursuant to this Court's Individual Rule 4.B.i, Plaintiff Commodity Futures Trading Commission ("Commission") hereby respectfully moves this Court, for an order permitting the Commission to file under seal its response to Defendant Gemini Trust Company, LLC ("Gemini")'s Amended Motion *in Limine* No. 2 (Dkt. 163).

The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: December 6, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Diana Wang*
　　　　　　　　　　　　　　　　　　　　K. Brent Tomer, Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Alejandra de Urioste, Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Katherine Rasor, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Diana Wang, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Andrew J. Rodgers, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Peter Janowski, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Manal M. Sultan, Deputy Director

　　　　　　　　　　　　　　　　　　　　COMMODITY FUTURES
　　　　　　　　　　　　　　　　　　　　TRADING COMMISSION
　　　　　　　　　　　　　　　　　　　　Division of Enforcement
　　　　　　　　　　　　　　　　　　　　290 Broadway, Suite 600
　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　Phone: (646) 746-9700
　　　　　　　　　　　　　　　　　　　　Fax: (646) 746-9888