# EXHIBIT 9



```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 22-cv-4563
     - - - - - - - - - - - - - - - - - - - - - - - - -x
 4

     COMMODITY FUTURES TRADING COMMISSION,
 5
 6                    Plaintiff,
 7           -against-
 8   GEMINI TRUST COMPANY,
 9
                      Defendant.
10   - - - - - - - - - - - - - - - - - - - - - - - - -x
11
12
13      CONFIDENTIAL VIDEOTAPED DEPOSITION OF
14                 SHANE MOLIDOR
15              NEW YORK, NEW YORK
16         WEDNESDAY, DECEMBER 13, 2023
17
18
19
20
21
22   REPORTED BY:
23   DANIELLE GRANT
24   JOB NO.: 6305652
25
```

```
                                Page 190                                      Page 192
 1              MOLIDOR                          1              MOLIDOR
 2   for, did participate in trading on Gemini's  2   from the same capital.  The exchange would
 3   exchange as well as its auction.            3   prevent them from doing so.
 4       Q   And at 1:27:19, Joe Keefer says:    4       Q   And was that because the exchange
 5   It would be nice if our auction orders      5   required all orders to be fully pre-funded?
 6   didn't tie up our capital.                  6       A   I can't speak to if that mechanism
 7          Do you see that?                     7   existed because of pre-funded order
 8       A   Yes.                                8   requirements.  All that I can speak to is
 9       Q   What did you understand him to      9   that my understanding is that that reality
10   mean?                                      10   did exist for order entry on the exchange.
11          MR. LAVIGNE:  Objection.            11       Q   And at 1:28:04 p.m., you say:
12       A   I can't speak to what I thought he 12   Well, that would undermine the entire
13   might have meant at that point, given that 13   concept of all orders settling immediately
14   this occurred almost seven years ago.  My  14   because they come from pre-funded accounts.
15   assessment of what he means reading this now 15         Do you see that?
16   is that placing an auction order, either an 16       A   I see that.
17   auction-only market order or               17       Q   What did you mean there?
18   auction-only-limit order would post that   18       A   I don't remember what I might have
19   capital, and that capital could not be then 19   meant then.  This was almost seven years
20   used to place other orders on the continuous 20  ago.  It seems like I say what Joe is
21   limit order book in the time leading up to 21   referring to might undermine the concept of
22   auction.                                   22   immediate order settlement.
23          MR. LAVIGNE:  Objection.  Move to   23       Q   And --
24       strike.                                24          MR. LAVIGNE:  Objection.  Move to
25       Q   And why was that?                  25       strike the last part of the answer.

                                Page 191                                      Page 193
 1              MOLIDOR                          1              MOLIDOR
 2          MR. LAVIGNE:  Same objection.        2       Q   And why is that the case?
 3       A   I'm not sure if I understand the    3          MR. LAVIGNE:  Same objection.
 4   question.                                   4       A   I'm not sure.
 5       Q   Why was it that, if you posted an   5       Q   And in the statement, when you say
 6   auction order, you wouldn't be able to place 6   "it's because they come from pre-funded
 7   orders otherwise on the Gemini exchange?    7   accounts," what did you mean?
 8          MR. LAVIGNE:  Same objection.        8       A   I don't remember.
 9       A   I can't speak to why the exchange   9       Q   Sitting here today and having had
10   would have implemented this mechanism.  My 10   the experience of participating in this chat
11   understanding then was that this was part of 11  at the time and working at Gemini for the
12   the back-end technology in system that     12   time that you did, what do you understand it
13   governed the exchange.                     13   to mean?
14       Q   And what was it about the back-end 14          MR. LAVIGNE:  Objection.
15   technology and system that governed the    15       A   Utilizing the knowledge that I
16   exchange that would tie up one's capital?  16   know today, my interpretation of this
17          MR. LAVIGNE:  Objection.            17   message is that multiple orders could not be
18       A   My understanding was that, if a    18   placed point to the same capital and all
19   customer placed an order to purchase bitcoin 19  execute, given that the amount of capital
20   and that order was resting on the order    20   then being used to participate in trades
21   book, the customer could then not place    21   would exceed the amount of capital available
22   another order that would utilize the same  22   to pull from.
23   capital indicating an order to then by     23       Q   And is that because Gemini
24   ether.  The two could be placed at the same 24  required all accounts to be fully
25   time given that they would attempt to pull 25   pre-funded?
```

