**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>                              Defendant. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein |

**DECLARATION OF JOHN F. BAUGHMAN IN OPPOSITION TO THE CFTC'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JEREMY CUSIMANO**

John F. Baughman, an attorney duly admitted to the practice of law before the courts of New York and the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Baughman Kroup Bosse, PLLC, counsel to defendant Gemini Trust Company, LLC ("Gemini"). I submit this declaration in opposition to the motion by plaintiff Commodity Futures Trading Commission's ("CFTC") to exclude the expert testimony of Jeremy Cusimano.

2. All statements herein are based on my personal knowledge, publicly filed records, the records and documents contemporaneously made and regularly maintained and utilized in the ordinary course of business of my firm, and discovery provided in this case.

3. **Exhibit 1** contains excerpts from the transcript of the deposition of Christopher Goodman, dated August 25, 2023.

4. **Exhibit 2** contains excerpts from the transcript of the deposition of Gregory Kuserk, dated August 23, 2023.

5. **Exhibit 3** contains excerpts from the transcript of the deposition of Jeremy Cusimano, dated June 3, 2024.

6. **Exhibit 4** contains the transcript of the court's hearing on outstanding discovery motions, dated February 13, 2023.

7. **Exhibit 5** contains the transcript of the hearing on the parties' discovery motions held on December 11, 2023.[1]

8. **Exhibit 6** contains the transcript from a status conference, dated March 28, 2024.

9. **Exhibit 7** is a September 12, 2017 email from Nicole Gordon to Christopher Goodman, with attachments.

10. **Exhibit 8** is an email chain from Hannah Ong to Rose Toomey and Noah Cornwell, dated November 20, 2017.

11. **Exhibit 9** contains excerpts from the transcript of the deposition of Cameron Winklevoss, dated February 28, 2024 and February 29, 2024.

12. **Exhibit 10** is a presentation titled "Overview: BTCUSD Auction," dated November 1, 2017.

13. **Exhibit 11** is Slack messages between Cameron Winklevoss, Rose Toomey, and Tyler Winklevoss, dated September 1, 2017.

14. **Exhibit 12** contains excerpts from the transcript of the deposition of Rose Toomey, dated November 15, 2023 and November 16, 2023.

15. **Exhibit 13** is an email chain from Rose Toomey to Dennis O'Callahan, dated November 27, 2017.

Dated: New York, New York
December 6, 2024

/s/ John F. Baughman
John F. Baughman

---

[1] The date on the transcript, January 11, 2023, is incorrect.