**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br>                         Plaintiff, <br><br>       v. <br><br> GEMINI TRUST COMPANY, LLC, <br><br>                         Defendant. | No. 22-cv-4563 AKH <br><br> Hon. Alvin K. Hellerstein |

**DECLARATION OF JOHN F. BAUGHMAN**
**IN OPPOSITION TO THE CFTC'S OMNIBUS MOTION *IN LIMINE***

John F. Baughman, an attorney admitted to practice before the courts of New York and the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Baughman Kroup Bosse, PLLC, counsel to defendant Gemini Trust Company, LLC ("Gemini"). I submit this declaration in opposition to the CFTC's Omnibus Motions *in Limine*.

2. All statements herein are based on my personal knowledge, publicly filed records, the records and documents contemporaneously made and regularly maintained and utilized in the ordinary course of business of my firm, and discovery provided in this case.

3. **Exhibit 1** is the CFTC's Response to the Court's January 4, 2023 Order, dated January 19, 2024.

4. **Exhibit 2** is the CFTC Enforcement Manual, dated May 20, 2020.

5. **Exhibit 3** is Gemini's Responses and Objections to Plaintiff's Second Set of Interrogatories, dated February 29, 2024.

6. **Exhibit 4** contains excerpts from the transcript of the deposition of Cameron Winklevoss, dated February 28, 2024.

7. **Exhibit 5** is an email from Amir Zaidi to Kenneth Raisler, dated November 2, 2017.

8. **Exhibit 6** is an email from Nicole Gordon to Amir Zaidi and Christopher Goodman, dated November 22, 2017.

9. **Exhibit 7** is the self-certification letter from Cboe Futures Exchange, LLC to the CFTC, dated December 1, 2017.

10. **Exhibit 8** is an email from Cameron Winklevoss to Chris Concannon, dated November 22, 2017.

11. **Exhibit 9** is an email from Cameron Winklevoss to Sarah Duda, dated November 22, 2017.

12. **Exhibit 10** is an email from Art Reinstein to John Deters, Cameron Winklevoss, Tyler Winklevoss, Michael Mollet, Dennis O'Callahan, Kenneth Raisler, Ryne Miller, and Beth Kurteson, dated November 29, 2017.

13. **Exhibit 11** is an email from Chris Concannon to Amir Zaidi, dated November 29, 2017.

14. **Exhibit 12** is an email from Nicole Gordon to Thomas Leahy, dated August 1, 2017.

15. **Exhibit 13** contains excerpts from the transcript of the deposition of Christopher Goodman, dated August 25, 2023.

16. **Exhibit 14** is the Gemini Policies and Procedures Manual, dated September 12, 2017.

17. **Exhibit 15** contains excerpts from the transcript of the deposition of Arthur Reinstein, dated November 3, 2023.

18. **Exhibit 16** contains excerpts from the transcript of the deposition of Gregory Kuserk, dated August 23, 2023.

19. **Exhibit 17** is the First Witness Statement of Benjamin Small, dated March 2, 2023. This was filed in a legal proceeding in London about which I am informed.

20. **Exhibit 18** contains an excerpt of the Final Arbitration Award related to the Benjamin Small Arbitration, dated January 12, 2022.

21. **Exhibit 19** is the Demand for Arbitration Form related to the Benjamin Small Arbitration, dated December 10, 2018.

22. **Exhibit 20** is the Procedural Order No. 4 related to the Benjamin Small Arbitration, dated February 16, 2018.

23. **Exhibit 21** is the Services Agreement between Winklevoss Capital Management, LLC and Winklevoss Exchange, LLC, dated June 25, 2014.

Dated: New York, New York
      December 6, 2024

                                                            /s/ John F. Baughman