# EXHIBIT 11

Message

| | |
|---|---|
| **From**: | Concannon, Chris [cconcannon@cboe.com] |
| **Sent**: | 11/29/2017 3:59:11 PM |
| **To**: | Zaidi, Amir [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=azaidi] |
| **CC**: | Reinstein, Art [Reinstei@cboe.com]; Gordon, Nicole [gordon@cboe.com] |
| **Subject**: | CFE Filing Information |
| **Attachments**: | CFE-Gemini FOIA Letter CFTC Responses (11-29-17).pdf; Cboe Bitcoin Futures Proposed Information Changes - FOIA Confidential Treatment Requested.doc |

Amir,

Thanks for chatting earlier. Below and attached is a description of the changes that CFE plans to make to our draft product certification filing in response to your and your staff's feedback. I will call you to discuss the information regarding our information sharing capabilities.

As we previously informed you, the Gemini Exchange auction collar is being augmented to incorporate an index of bitcoin prices from several bitcoin exchanges. This new bitcoin index (called the Winklevoss Blended Bitcoin Index) is replacing the Gemini Exchange continuous order book as the source for the auction price collar calculation. As you will recall, the Gemini Exchange auction occurs at 4:00 p.m. Eastern Time each day and the Gemini Exchange disseminates indicative auction values during the time period between 3:50 p.m. to 4:00 p.m. Eastern Time each day. Below is what we are adding to our draft product certification filing to describe this change and to address the feedback we received from you and your staff today. Additionally, in response to your request that we consider lowering CFE's reportable position level for Cboe Bitcoin (USD) ("XBT") futures, we are lowering that threshold from 25 to 20 contracts.

1. Settlement Price Index Collar

    The Winklevoss Blended Bitcoin Index is a ten minute volume weighted average price ("VWAP") of bitcoin transactions in U.S. dollars on the Gemini Exchange and other bitcoin trading venues. These other bitcoin trading venues currently include the Bitstamp, itBit, and GDAX bitcoin trading venues. These trading venues may change from time to time. The Index does not include in the calculation the bottom 5% and the top 5% of transaction prices based on quantity in order to eliminate tail prices from the index calculation. The ten minute calculation period for the Index is from 3:50 p.m. to 4:00 p.m. Eastern Time. The Gemini Exchange will publish the Index values during this ten minute period at the same time intervals that the Gemini Exchange publishes indicative auction values. The Gemini Exchange will publish the Index values via the Gemini public market data API and the Winkdex website, and the Index values will also be published via the Cboe Streaming Market Index ("CSMI") service.

2. Regulatory Information Sharing Agreements

    In addition to the information sharing agreement that is currently in place with Gemini, CFE will actively seek to put in place regulatory information sharing agreements with any bitcoin trading venue for which bitcoin transaction prices are utilized in the Index. Prior to and during the time period between 3:50 p.m. and 4:00 p.m. Eastern Time on the final settlement date for XBT futures, CFE will monitor the bitcoin transactions in U.S. dollars on those trading venues using the information that is available to CFE and request additional information from the trading venues as appropriate.

3. Large Trader Threshold

CFE plans to lower the large trader threshold from 25 contracts to 20 contracts

I would be happy to discuss if you have any questions.

Additionally, we have attached a letter requesting FOIA confidential treatment of the attachment and this email.



DX 660

**Gemini-DOJ-00000262**
22cv4563-CFTC-GEMINI-00017280

Thanks
Chris


**Chris Concannon** | President & COO
Cboe Global Markets
400 South LaSalle Street | Chicago, IL 60605
T. 212.378.8542
Cboe.com



Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Gemini-DOJ-00000262

22cv4563-CFTC-GEMINI-00017281

   

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CBOE FUTURES EXCHANGE, LLC AND GEMINI TRUST COMPANY, LLC

As we previously informed you, the Gemini Exchange auction collar is being augmented to incorporate an index of bitcoin prices from several bitcoin exchanges. This new bitcoin index (called the Winklevoss Blended Bitcoin Index) is replacing the Gemini Exchange continuous order book as the source from the auction price collar calculation. As you will recall, the Gemini Exchange auction occurs at 4:00 p.m. Eastern Time each day and the Gemini Exchange disseminates indicative auction values during the time period between 3:50 p.m. to 4:00 p.m. Eastern Time each day. Below is what we are adding to our draft product certification filing to describe this change and to address the feedback we received from you and your staff today. Additionally, in response to your request that we consider lowering CFE's reportable position level for Cboe Bitcoin (USD) ("XBT") futures, we are lowering that threshold from 25 to 20 contracts.

The Winklevoss Blended Bitcoin Index is a ten minute volume weighted average price ("VWAP") of bitcoin transactions in U.S. dollars on the Gemini Exchange and other bitcoin trading venues. These other bitcoin trading venues currently include the Bitstamp, itBit, and GDAX bitcoin trading venues. These trading venues may change from time to time. The Index does not include in the calculation the bottom 5% and the top 5% of transaction prices based on quantity in order to eliminate tail prices from the index calculation. The ten minute calculation period for the Index is from 3:50 p.m. to 4:00 p.m. Eastern Time. The Gemini Exchange will publish the Index values during this ten minute period at the same time intervals that the Gemini Exchange publishes indicative auction values. The Gemini Exchange will publish the Index values via the Gemini public market data API and the Winkdex website, and the Index values will also be published via the Cboe Streaming Market Index ("CSMI") service.

In addition to the information sharing agreement that is currently in place with Gemini, CFE will actively seek to put in place regulatory information sharing agreements with any bitcoin trading venue for which bitcoin transaction prices are utilized in the Index. Prior to and during the time period between 3:50 p.m. and 4:00 p.m. Eastern Time on the final settlement date for XBT futures, CFE will monitor the bitcoin transactions in U.S. dollars on those trading venues using the information that is available to CFE and request additional information from the trading venues as appropriate.

**cboe.com**

400 South LaSalle Street    ›    Chicago, IL 60605    ›

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Gemini-DOJ-00000264

22cv4563-CFTC-GEMINI-00017282