# EXHIBIT 20

JAMS COMMERICIAL ARBITRATION TRIBUNAL

---

GEMINI TRUST COMPANY, LLC AND
WINKLEVOSS CAPITAL MANAGEMENT, LLC,

           Claimants,

against

BENJAMIN SMALL, Ph.D., SHANE MOLIDOR, HASHTECH, LLC; JONATHAN DAVID, ALEX RUTHIZER; CARDANO SINGAPORE PTE, LTD., SATOSHI KOBAYASHI, SINJI MATSUDAIRA, SMART CONTRACT LIMITED, TOP ASSOCIATES INVESTMENTS, LLC, HIROTAKA KAKIYA, AND HARSHA TUMMALA,

           Respondents.

Reference Number 1425025351

---

### PROCEDURAL ORDER NO. 4

Following the issuance of Procedural Order No. 3, counsel for Respondent Benjamin Small ("Small") wrote the undersigned to request a clarification that Procedural Order No. 3 applies only to claims asserted by Claimant Gemini Trust Company, LLC ("Gemini") and not to the claims of Claimant Winklevoss Capital Management, LLC ("WCM"). Counsel for Claimants wrote the undersigned today to inform him that he had no objection to this clarification. As a result, the following order is made respecting the conduct of this arbitration:

1. The claims asserted against Small by Gemini are not arbitrable and are hereby dismissed. Procedural Order No. 3 does not apply to the claims asserted against Small by WCM.

Dated: New York, New York
       February 16, 2018

                                            Mark E. Segall, Arbitrator

1

# SERVICE LIST

| | | | |
|---|---|---|---|
| **Case Name:** | Gemini Trust Co. vs. Small, Ben, et al. | **Hear Type:** | Arbitration |
| **Reference #:** | 1425025351 | **Case Type:** | Employment |
| **Panelist:** | Segall, Mark E., | | |

### Christian Antsett
Baker Marquart LLP

Christian Antsett
2029 Century Park East
16th Floor
Los Angeles, CA 90067
canstett@bakermarquart.com

Respondent
Phone: 424-652-7800
Fax: 424-652-7850

**Party Represented:**
Harsha Tummala

### Tracy O. Appleton
Dontzin Nagy & Fleissig LLP

Tracy O. Appleton
980 Madison Avenue
2nd Fl.
New York, NY 10075
tappleton@dnfllp.com

Respondent
Phone: 212-717-2900
Fax: 212-717-8088

**Party Represented:**
Cardano Singapore PTE Ltd.
Hirotaka Kakiya
Satoshi Kobayashi
Sinji Matsudaira
Smart Contract Limited
Top Associates Investments, LLC

### Joanna R. Cohen
Ellenoff Grossman & Schole

Joanna R. Cohen
1345 Avenue of the Americas
New York, NY 10105
jcohen@egsllp.com

Respondent
Phone: 212-370-1300
Fax: 212-370-7889

**Party Represented:**
Alex Ruthizer
Hashtech, LLC
Jonathan David

### Mitchell Cohen
Wechsler & Cohen, LLP

Mitchell Cohen
17 State Street
7th Floor
New York, NY 10004
mcohen@wechco.com

Respondent
Phone: 212-847-7900
Fax: 212-847-7955

**Party Represented:**
Shane Molidor

### Samuel Ferguson
Meade Firm, P.C.

Samuel Ferguson
1816 Fifth Street
Berkeley, CA 94710
sam@meadefirm.com

Claimant
Phone: 510-843-3670

**Party Represented:**
Gemini Trust Company, LLC
Winklevoss Capital Management ("WCM")

### Todd A. Gutfleisch
Wechsler & Cohen, LLP

Todd A. Gutfleisch
17 State Street
7th Floor
New York, NY 10004
tgutfleisch@wechco.com

Respondent
Phone: 212-847-7900
Fax: 212-847-7955

**Party Represented:**
Shane Molidor

### John B. Horgan
Ellenoff Grossman & Schole

John B. Horgan
1345 Avenue of the Americas
New York, NY 10105
jhorgan@egsllp.com

Respondent
Phone: 212-370-1300
Fax: 212-370-7889

**Party Represented:**
Alex Ruthizer
Hashtech, LLC
Jonathan David

### Brian E. Klein

Baker Marquart LLP

Brian E. Klein  
2029 Century Park East  
16th Floor  
Los Angeles, CA  90067  
bklein@bakermarquart.com

Respondent  
Phone: 424-652-7800  
Fax: 424-652-7850

**Party Represented:**  
Harsha Tummala

### Joel Kurtzberg

Cahill Gordon & Reindel LLP

Joel Kurtzberg  
80 Pine St.  
New York, NY  10005  
jkurtzberg@cahill.com

Respondent  
Phone: 212-701-3000  
Fax: 212-269-5420

**Party Represented:**  
Ben Small

### Tyler R. Meade

Meade Firm, P.C.

Tyler R. Meade  
1816 Fifth Street  
Berkeley, CA  94710  
tyler@meadefirm.com

Claimant  
Phone: 510-843-3670

**Party Represented:**  
Gemini Trust Company, LLC  
Winklevoss Capital Management ("WCM")

### Tibor L. Nagy

Dontzin Nagy & Fleissig LLP

Tibor L. Nagy  
980 Madison Avenue  
2nd Fl.  
New York, NY  10075  
tibor@dnfllp.com

Respondent  
Phone: 212-717-2900  
Fax: 212-717-8088

**Party Represented:**  
Cardano Singapore PTE Ltd.  
Hirotaka Kakiya  
Satoshi Kobayashi  
Sinji Matsudaira  
Smart Contract Limited  
Top Associates Investments, LLC

### Rebecca Rettig

Dontzin Nagy & Fleissig LLP

Rebecca Rettig  
980 Madison Avenue  
2nd Fl.  
New York, NY  10075  
rrettig@dnfllp.com

Respondent  
Phone: 212-717-2900  
Fax: 212-717-8088

**Party Represented:**  
Cardano Singapore PTE Ltd.  
Hirotaka Kakiya  
Satoshi Kobayashi  
Sinji Matsudaira  
Smart Contract Limited  
Top Associates Investments, LLC

### Benjamin J.A. Sauter

Kobre & Kim LLP

Benjamin J.A. Sauter  
800 Third Avenue  
New York, NY  10022  
Benjamin.sauter@kobrekim.com

Co-Counsel  
Phone: 212-488-1200  
Fax: 212-488-1220

**Party Represented:**  
Harsha Tummala

### Michael J. Sullivan

Ellenoff Grossman & Schole

Michael J. Sullivan  
1345 Avenue of the Americas  
New York, NY  10105  
msullivan@egsllp.com

Respondent  
Phone: 212-370-1300  
Fax: 212-370-7889

**Party Represented:**  
Alex Ruthizer  
Hashtech, LLC  
Jonathan David

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Gemini Trust Co. vs. Small, Ben, et al.
Reference No. 1425025351

I, Cathleya Fajardo, not a party to the within action, hereby declare that on February 16, 2018, I served the attached Order No. 4 on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Tyler R. Meade Esq.
Samuel Ferguson Esq.
Meade Firm, P.C.
1816 Fifth Street
Berkeley, CA  94710
Phone: 510-843-3670
tyler@meadefirm.com
sam@meadefirm.com
   Parties Represented:
   Gemini Trust Company, LLC
   Winklevoss Capital Management ("WCM")

Michael J. Sullivan Esq.
John B. Horgan Esq.
Joanna R. Cohen Esq.
Ellenoff Grossman & Schole
1345 Avenue of the Americas
New York, NY  10105
Phone: 212-370-1300
msullivan@egsllp.com
jhorgan@egsllp.com
jcohen@egsllp.com
   Parties Represented:
   Alex Ruthizer
   Hashtech, LLC
   Jonathan David

Brian E. Klein Esq.
Christian Antsett Esq.
Baker Marquart LLP
2029 Century Park East
16th Floor
Los Angeles, CA  90067
Phone: 424-652-7800
bklein@bakermarquart.com
canstett@bakermarquart.com
   Parties Represented:
   Harsha Tummala

Rebecca Rettig Esq.
Tracy O. Appleton Esq.
Tibor L. Nagy Esq.
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
2nd Fl.
New York, NY  10075
Phone: 212-717-2900
rrettig@dnfllp.com
tappleton@dnfllp.com
tibor@dnfllp.com
   Parties Represented:
   Cardano Singapore PTE Ltd.
   Hirotaka Kakiya
   Satoshi Kobayashi
   Sinji Matsudaira
   Smart Contract Limited

Todd A. Gutfleisch Esq.
Mitchell Cohen Esq.
Wechsler & Cohen, LLP
17 State Street
7th Floor
New York, NY   10004
Phone: 212-847-7900
tgutfleisch@wechco.com
mcohen@wechco.com
   Parties Represented:
   Shane Molidor

Joel Kurtzberg Esq.
Cahill Gordon & Reindel LLP
80 Pine St.
New York, NY   10005
Phone: 212-701-3000
jkurtzberg@cahill.com
   Parties Represented:
   Ben Small

Top Associates Investments, LLC

Benjamin J.A. Sauter Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY   10022
Phone: 212-488-1200
Benjamin.sauter@kobrekim.com
   Parties Represented:
   Harsha Tummala

      I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on February 16, 2018.

*[signature]*
Cathleya Fajardo
CFajardo@jamsadr.com