UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>          Defendant. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein<br><br>**NOTICE OF GEMINI'S MOTION TO SUPPLEMENT AMENDED MOTION *IN LIMINE* NO. 1** |

  PLEASE TAKE NOTICE that defendant Gemini Trust Company, LLC ("Gemini"), upon the accompanying memorandum of law and declaration of John F. Baughman and exhibits thereto, hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a time and place to designated by the Court, for an order (i) allowing Gemini to supplement its Amended Motion *in Limine* No. 1, Dkt. 159; (ii) excluding the Subject Exhibits; and (iii) precluding the CFTC from making any arguments at trial based on its internal communications or deliberations.

Dated: New York, New York
    December 23, 2024

                                                                                  BAUGHMAN KROUP BOSSE PLLC

                                                                               By /s/ John F. Baughman

                                                                                 John F. Baughman
                                                                                 Daniel A. Schwartz
                                                                                 Elizabeth J. Lee
                                                                                 Ernest E. Butner IV
                                                                                 One Liberty Plaza – 46th Floor
                                                                                 New York, NY 10006
                                                                                 (212) 548-3212

                                                                *Attorneys for Gemini Trust Company, LLC*