**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　　　Defendant. | No. 22-cv-4563 (AKH)<br><br>Hon. Alvin K. Hellerstein<br><br>**[PROPOSED] ORDER GRANTING GEMINI'S MOTION TO SUPPLEMENT MOTION *IN LIMINE* NO. 1** |

Upon the motion of defendant Gemini Trust Company, LLC ("Gemini") for an order allowing Gemini to supplement its Amended Motion *in Limine* No. 1, Dkt. 159; and due and proper notice having been provided; and the Court having reviewed all submissions in connection with this motion; and the Court having jurisdiction over this motion; and after due deliberation; it is hereby:

ORDERED that Gemini's motion to supplement Amended Motion *in Limine* No. 1 is GRANTED; and it is further

ORDERED that the Subject Exhibits are excluded: and it is further

ORDERED that the CFTC may not make any arguments at trial based on its internal communications or deliberations.

Dated:_____, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Alvin K. Hellerstein