**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING
COMMISSION,

                                    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC,

                                    Defendant.

No. 22-cv-4563 (AKH)

Hon. Alvin K. Hellerstein

**DECLARATION OF JOHN F. BAUGHMAN IN SUPPORT OF GEMINI'S**
**MOTION TO SUPPLEMENT AMENDED MOTION *IN LIMINE* NO. 1**

John F. Baughman, an attorney duly admitted to the practice of law before the courts of

New York and the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at Baughman Kroup Bosse, PLLC, counsel to defendant Gemini

Trust Company, LLC ("Gemini"), in the above-captioned action. I submit this declaration in

support of Gemini's Motion to Supplement Amended Motion *in Limine* No. 1.

2.      All statements herein are based on my personal knowledge, publicly filed records,

and the records and documents contemporaneously made and regularly maintained and utilized in

the ordinary course of business of my firm.

3.      **Exhibit 1** contains excerpts from the deposition of Gregory Kuserk, dated August

23, 2023.

4.      **Exhibit 2** contains excerpts from the deposition of Christopher Goodman, dated

August 25, 2023.

5.      **Exhibit 3** is an internal CFTC email forwarding material sent by Cboe to the CFTC,

dated November 29, 2017, marked as Plaintiff's Trial Exhibit 12.

6.      **Exhibit 4** is an internal CFTC email forwarding an email sent by Cboe to the CFTC,

dated November 22, 2017, marked as Plaintiff's Trial Exhibit 13.

7.      **Exhibit 5** is an internal CFTC email summarizing a call between Cboe and the CFTC, dated November 17, 2017, marked as Plaintiff's Trial Exhibit 14.

8.      **Exhibit 6** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated October 24, 2017, marked as Plaintiff's Trial Exhibit 15.

9.      **Exhibit 7** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated October 9, 2017, marked as Plaintiff's Trial Exhibit 16.

10.     **Exhibit 8** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated September 22, 2017, marked as Plaintiff's Trial Exhibit 17.

11.     **Exhibit 9** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated September 12, 2017 marked as Plaintiff's Trial Exhibit 18.

12.     **Exhibit 10** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated August 28, 2017, marked as Plaintiff's Trial Exhibit 19.

13.     **Exhibit 11** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated August 3, 2017, marked as Plaintiff's Trial Exhibit 20.

14.     **Exhibit 12** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated July 25, 2017, marked as Plaintiff's Trial Exhibit 21.

15.     **Exhibit 13** is an internal CFTC meeting invitation, dated July 25, 2017, marked as Plaintiff's Trial Exhibit 22.

16.     **Exhibit 14** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated July 24, 2017, marked as Plaintiff's Trial Exhibit 23.

17.     **Exhibit 15** is an internal CFTC meeting invitation, dated October 26, 2017, marked as Plaintiff's Trial Exhibit 24.

18.        **Exhibit 16** is an internal CFTC email forwarding material sent by Kenneth Raisler to the CFTC, dated November 3, 2017, marked as Plaintiff's Trial Exhibit 30.

19.        **Exhibit 17** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated August 2, 2017, marked as Plaintiff's Trial Exhibit 31.

20.        **Exhibit 18** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated December 1, 2017, marked as Plaintiff's Trial Exhibit 32.

21.        **Exhibit 19** is an internal CFTC email forwarding material sent by Kenneth Raisler to the CFTC, dated November 2, 2017, marked as Plaintiff's Trial Exhibit 34.

22.        **Exhibit 20** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated November 14, 2017 marked as Plaintiff's Trial Exhibit 56.

23.        **Exhibit 21** is an internal CFTC email forwarding material sent by Kenneth Raisler to the CFTC, dated November 2, 2017 marked as Plaintiff's Trial Exhibit 57.

24.        **Exhibit 22** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated October 31, 2017, marked as Plaintiff's Trial Exhibit 58.

25.        **Exhibit 23** is an internal CFTC email forwarding material sent by Cboe to the CFTC, dated November 22, 2017, marked as Plaintiff's Trial Exhibit 59.

Dated: New York, New York
        December 23, 2024

                                        /s/ John F. Baughman
                                        John F. Baughman