UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
COMMODITY FUTURES TRADING                                      :
COMMISSION,                                                    :     **ORDER REGULATING**
                                                               :     **PROCEEDINGS**
                           Plaintiff,                          :
                                                               :     22 Civ. 4563 (AKH)
        -against-                                              :
                                                               :
GEMINI TRUST COMPANY, LLC,                                     :
                                                               :
                           Defendant.                          :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The final pre-trial conference previously scheduled in this matter for January 6, 2025 is hereby adjourned to January 13, 2025.  The trial previously scheduled to begin on January 13, 2025 is hereby adjourned to January 21, 2025.  All pre-trial filings must be submitted to the Court by January 10, 2025.  Due to the schedules of oncoming trials, no further adjournments will be granted.

        SO ORDERED.

Dated:      December 30, 2024

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1