UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

COMMODITY FUTURES TRADING    :
COMMISSION,                        :   22 Civ. 04563 (AKH)
                            :

         v.                  :   **NOTICE OF JOINT MOTION FOR**
                            :   **RELIEF FROM JUDGMENT**
GEMINI TRUST COMPANY, LLC,    :   **<u>PURSUANT TO RULE 60(b)</u>**
                            :
        Defendant.           :
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     **PLEASE TAKE NOTICE**, that upon the accompanying Motion, Memorandum of Law

in Support, the Declaration of Avi Perry, the exhibits attached thereto, and all prior pleadings and

proceedings herein, Plaintiff Commodity Futures Trading Commission and Defendant Gemini

Trust Company, LLC, through their undersigned counsel, will move this Court, before the

Honorable Alvin K. Hellerstein, United States District Judge, at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be

set by the Court, for an order pursuant to Federal Rule of Civil Procedure 60(b) vacating the

Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief

entered on January 6, 2025 (Dkt. 211), or the prospective provisions thereof, and for such other

and further relief as the Court deems just and proper.

Respectfully submitted,

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

Dated: Washington, D.C.
  May 27, 2026

By: */s/ Avi Perry*

Avi Perry
555 13th St NW., Suite 600
Washington, D.C. 20004
Tel.: (202) 538-8330
Email: aviperry@quinnemanuel.com

*Attorney for Defendant
Gemini Trust Company, LLC*

**COMMODITY FUTURES TRADING
COMMISSION**

*/s/ John Einstman*

John Einstman (*pro hac vice* pending)
Senior Advisor, Division of Enforcement
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581
Tel: (202) 418-5337
Email: jeinstman@cftc.gov

*Attorney for Plaintiff Commodity Futures
Trading Commission*

2