UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>Defendant. | 22 Civ. 04563 (AKH)<br><br>**DECLARATION OF AVI PERRY IN SUPPORT OF JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Avi Perry, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, as follows:

1. I am a member in good standing of the Bar of this Court and am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Gemini Trust Company, LLC ("Gemini") in this matter.

2. I submit this declaration in support of the Parties' Joint Motion for Relief from Judgment Pursuant to Rule 60(b) (the "Joint Motion").

3. I make this declaration based on personal knowledge and on a review of records maintained by Gemini Trust Company, LLC ("Gemini") in the ordinary course of business, including documents produced to Gemini by the Commodity Futures Trading Commission ("CFTC") in response to requests under the Freedom of Information Act ("FOIA").

4. Attached as **Exhibit A** is a true and correct copy of the August 25, 2017 written responses to follow-up questions from the CFTC's Division of Market Oversight ("DMO"), submitted to the CFTC by Cboe Futures Exchange, LLC on behalf of itself and Gemini.

5. Attached as **Exhibit B** is a true and correct copy of the May 2, 2022 Memorandum from the CFTC's Division of Enforcement ("DOE") to the Commission, recommending that the

Commission authorize the filing of a complaint against Gemini, produced to Gemini by the CFTC in response to a FOIA request.

6.      Attached as **Exhibit C** is a true and correct copy of the April 20, 2022 Designation Memorandum prepared by DMO staff concerning the application of Gemini Titan, LLC for designation as a contract market, produced to Gemini by the CFTC in response to a FOIA request.

7.      Attached as **Exhibit D** is a true and correct copy of Gemini's Wells Submission to the CFTC, dated October 20, 2021.

8.      Attached as **Exhibit E** is a true and correct copy of page 46 of Gemini's *Policies and Procedures Manual*, containing the section titled "Agreements Granting Preferential Terms."

9.      Attached as **Exhibit F** is a true and correct copy of the Dissenting Statement of Commissioner Summer K. Mersinger Regarding Enforcement Action Against Gemini Trust Company, LLC, produced to Gemini by the CFTC in response to a FOIA request.

10.      Attached as **Exhibit G** is a true and correct compilation of internal messages and chats among CFTC staff concerning the investigation of Gemini and the proposed enforcement action, produced to Gemini by the CFTC in response to a FOIA request.

11.      Attached as **Exhibit H** is a true and correct copy of the transcript of the closed meeting of the CFTC held on May 26, 2022, at which the Commission voted to authorize the filing of the Complaint against Gemini, produced to Gemini by the CFTC in response to a FOIA request.

12.      Attached as **Exhibit I** is a true and correct copy of a May 17, 2022 email exchange among CFTC staff concerning key dates and statements relating to Gemini, produced to Gemini by the CFTC in response to a FOIA request.

13.      Attached as **Exhibit J** is a true and correct copy of the Dissenting Statement of Commissioner Caroline D. Pham Regarding Enforcement Action Against Gemini Trust Company, LLC, produced to Gemini by the CFTC in response to a FOIA request.

14.    Attached as **<u>Exhibit K</u>** is a true and correct copy of an October 17, 2023 email exchange between Commissioner Caroline D. Pham and Robert Schwartz, General Counsel of the CFTC, produced to Gemini by the CFTC in response to a FOIA request.

15.    Attached as **<u>Exhibit L</u>** is a true and correct copy of a January 26, 2022 email chain among CFTC staff concerning the application of Gemini Titan, LLC, produced to Gemini by the CFTC in response to a FOIA request.

16.    Attached as **<u>Exhibit M</u>** is a true and correct copy of a 2022 email exchange among CFTC staff concerning the application of Gemini Titan, LLC, produced to Gemini by the CFTC in response to a FOIA request.

I declare under penalty of perjury the foregoing is true and correct. Executed in Washington, D.C., on May 27, 2026.

*/s/ Avi Perry*
Avi Perry
