# Exhibit G

**To:**    Rasor, Katherine (b)(6)
**From:**  de Urioste, Alejandra[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22D2B53295BE4CF492D4D6D54239E886-DE URIOSTE,]
**Sent:**   Mon 1/24/2022 9:48:29 AM (UTC-05:00)
**Subject:** RE: Discovery question

Thanks, very helpful!

**From:** Rasor, Katherine
**Sent:** Monday, January 24, 2022 9:42 AM
**To:** de Urioste, Alejandra (b)(6)
**Subject:** RE: Discovery question

Also just to be clear – the reason this became an issue is that Brady obligations trump privilege at least in some circumstances. If you're only dealing with civil litigation I think you should be able to withhold the notes as work product (as others are suggesting)

**From:** Rasor, Katherine
**Sent:** Monday, January 24, 2022 9:36 AM
**To:** de Urioste, Alejandra (b)(6)
**Subject:** RE: Discovery question

This was a massive issue in the Bases criminal case – I don't THINK we ended up producing our notes but we did have to gather all of them and may have submitted things for review by the judge in camera? This was connected to the criminal case, not civil litigation, but if you want to know more, Patryk led the effort so he would remember the details better than me. You could also reach out to Anne Stukes who was heavily involved.

**From:** de Urioste, Alejandra
**Sent:** Monday, January 24, 2022 9:30 AM
**To:** Wheaton, James G (b)(6)    ; Geanuleas, Gabriella (b)(6)    ; Hurand, Gates (b)(6)    ; Rasor, Katherine (b)(6)    ; Wasserman, Samuel (b)(6)
**Subject:** Discovery question

For discovery in a civil litigation, has anyone had a document request calling for the production of a CFTC memo or notes of a witness interview done where the FBI was the only notetaker (i.e., where the CFTC's only notes are the notes we took of a 302, after the fact)? If so, did we end up having to produce our memo/notes?

Thanks,
Alex

## Short Message Report

Conversations: 1                                         Participants: 2
Total Messages: 4                                        Date Range: 2/24/2022

## Outline of Conversations

💬   **26001057_HTML_0005024 - 2022/02/24**   4 messages on 2/24/2022   McConagle, Vincent A.
     (b)(6)                                        Sultan, Manal M. (b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬     **26001057_HTML_0005024 - 2022/02/24**

V    **McGonagle, Vincent A.** ‹(b)(6)                        2/24/2022, 1:20 PM
    hi-did Alex meet up with Nancy Markowitz on Gemini?

    **Sultan, Manal M.** ‹(b)(6)                        2/24/2022, 1:34 PM
    Nancy did not reach out to Alex.  Do you want me to ask Alex to call her?

V    **McGonagle, Vincent A.** ‹(b)(6)                        2/24/2022, 1:34 PM
    I think so. Thanks

    **Sultan, Manal M.** ‹(b)(6)                        2/24/2022, 1:44 PM
    sure i will tell her now

💬     **26001057_HTML_0005024 - 2022/02/24**

## Short Message Report

Conversations: 1
Total Messages: 56

Participants: 2
Date Range: 3/21/2022

## Outline of Conversations

💬     **26001057_HTML_0007609 - 2022/03/21**   56 messages on 3/21/2022   Oakland, David W.
(b)(6)        Wheaton, James G (b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

💬     **26001057_HTML_0007609 - 2022/03/21**

(b)(6); Non Responsive Record

(b)(6); Non Responsive Record

(b)(6); Non Responsive Record

**Wheaton, James G** ‹(b)(6)                                                3/21/2022, 10:38 AM
hey what's happening in the world of gemini

D    **Oakland, David W.** ‹(b)(6)                                       3/21/2022. 10:39 AM
We have a draft complaint and memo with lenel and manal now. My efforts to remind everyone that Shearman last said in September that a deal was still possible seem to have fallen on deaf ears.

**Wheaton, James G** ‹(b)(6)                                                3/21/2022, 10:39 AM
suing the bros?

D    **Oakland, David W.** ‹(b)(6)                                       3/21/2022, 11:04 AM
Not currently. We could do so maybe under a control person theory, but half the statements were made by the WB before he left.

**Wheaton, James G** ‹(b)(6)                                                3/21/2022. 11:05 AM
oh that's good

D    **Oakland, David W.** (b)(6)                                        3/21/2022, 11:05 AM
And so we would have to prove control over someone they ended up firing and lacked trust in

D    **Oakland, David W.** (b)(6)                                        3/21/2022. 11:05 AM
They didn't tell us they had fired him, and arguably adopted or let stand his representations.

D    **Oakland, David W.** (b)(6)                                                  3/21/2022, 11:05 AM
     But not sure if 6(c)(2) has been interpreted to require a duty to update

D    **Oakland, David W.** .(b)(6)                                                 3/21/2022, 11:06 AM
     Or should be interpreted

     **Wheaton, James G** ‹(b)(6)                                                  3/21/2022, 11:15 AM
     oh well that's good no twins

# Short Message Report

Conversations: 1                                 Participants: 2
Total Messages: 11                               Date Range: 1/20/2022

## Outline of Conversations

💬      **26001057_HTML_0009144 - 2022/01/20**   11 messages on 1/20/2022   Hurand. Gates
        (b)(6)                          Oakland. David W. (b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **26001057_HTML_0009144 - 2022/01/20**

**Oakland, David W.** (b)(6)                                                          1/20/2022, 2:01 PM
For Gemini, did you or Alex talk to the intern about the project?

**Hurand, Gates** (b)(6)                                                             1/20/2022, 2:01 PM
i talked to intern about getting access but not project

**Hurand, Gates** <(b)(6)                                                            1/20/2022, 2:02 PM
it would be great if alex did

**Hurand, Gates** (b)(6)                                                             1/20/2022, 2:02 PM
oryou

**Hurand, Gates** <(b)(6)                                                            1/20/2022, 2:02 PM
i don't have clear vision of project

**Oakland, David W.** (b)(6)                                                         1/20/2022, 2:02 PM
Isn't the project to make notes of the 302 files?

**Hurand, Gates** <(b)(6)                                                            1/20/2022, 2:03 PM
ah

**Hurand, Gates** (b)(6)                                                             1/20/2022, 2:03 PM
okay, yes

**Oakland, David W.** (b)(6)                                                         1/20/2022, 2:03 PM
Seeing as we don't have notes for most of Ben Small, Shane Molidor or a bunch of other witnesses

**Oakland, David W.** (b)(6)                                                         1/20/2022, 2:04 PM
Are you watching the Alvin bragg thing at NYU criminal law center

**Hurand, Gates** <(b)(6)                                                            1/20/2022, 2:04 PM
no how

## Short Message Report

Conversations: 1                                    Participants: 4
Total Messages: 11                                  Date Range: 1/19/2022

## Outline of Conversations

💬   **26001057_HTML_0012794 - 2022/01/19**  11 messages on 1/19/2022   Hurand, Gates
   (b)(6)                    Oakland, David W. (b)(6)              Tomer, K. Brent
                     de Urioste, Alejandra                    gov>

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **26001057_HTML_0012794 - 2022/01/19**

K    **Tomer, K. Brent** ‹(b)(6)                                       1/19/2022, 3:58 PM
speaking of time sensitive

K    **Tomer, K. Brent** ‹(b)(6)                                       1/19/2022, 3:58 PM
DMO is going to start the clock or has started the clock and will notify Gemini. Sounds like there was no stopping it

K    **Tomer, K. Brent** .(b)(6)                                       1/19/2022, 3:59 PM
meaning anything we can do to get this in the commission's hands for review before the 60 days is up we should

**Hurand, Gates** ‹(b)(6)                                       1/19/2022, 4:02 PM
i suppose i see their perspective

**Hurand, Gates** .(b)(6)                                       1/19/2022, 4:02 PM
do we have a date certain

K    **Tomer, K. Brent** ‹(b)(6)                                       1/19/2022, 4:02 PM
super awkward though

K    **Tomer, K. Brent** ‹(b)(6)                                       1/19/2022, 4:02 PM
no, I asked Vince to let us know for certain

**Oakland, David W.** (b)(6)                                       1/19/2022, 5:37 PM
When he lets us know, we should decide if that means we are going to file (either injunctive or speaking order) or affirmatively pass on a filing (if that is even something management wants to consider) before the clock is up; i.e., before the Commission has to rule on the application. (Presumably if the Commission authorizes an injunctive suit based on 6c2, they will have grounds to deny the application having just found good cause to file the suit but they may also choose not
to do so.) If it is the case that we are going to do so before the clock runs, I think we should be proactive and tell Shearman so they understand that the Enforcement investigation will end in some form before that date and that is the last chance to settle
before the DCM application has to be decided.

**Hurand, Gates** ‹(b)(6)                                       1/19/2022, 5:39 PM
can we charge things not in the wells notice

**Oakland, David W.** ‹(b)(6)                                       1/19/2022, 5:40 PM
Yes although we might need to explain to the Commission why we didn't wells on that issue.

**Hurand, Gates** ‹(b)(6)                                       1/19/2022, 5:40 PM
thanks

## Short Message Report

Conversations: 1                                      Participants: 2
Total Messages: 3                                      Date Range: 2/10/2022

### Outline of Conversations

💬    **26001057_HTML_0016114 - 2022/02/10**   3 messages on 2/10/2022   Tomor. K. Brent
(b)(6)                          de Urioste, Alejandra (b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **26001057_HTML_0016114 - 2022/02/10**

K    **Tomer, K. Brent** (b)(6)                                              2/10/2022. 10:43 AM

I guess we should go ahead and talk with the wb again and fine to reach out to DOJ. I do not have  much confidence in this matter at this point. What do you think?  Should we do more than we are right now?  I'm surprised they went ahead and got subpoena authority
but it is easer over there

**de Urioste, Alejandra <** (b)(6)                                          2/10/2022, 10:54 AM

If the WB's counsel has a new presentation, i think we should hear them out.  Not sure about interviewing the WB himself.  I think DOJ previously said they would share the 302 of their interview with the WB, but I don't think they ever did.  we should check
with them.  I'm not sure about sending document requests.  maybe we can get a copy of what the SEC gets through an access request

K    **Tomer, K. Brent <** (b)(6)                                            2/10/2022. 10:55 AM

makes sense.

💬    **26001057_HTML_0016114 - 2022/02/10**

## Short Message Report

Conversations: 1                                    Participants: 2
Total Messages: 27                                  Date Range: 2/8/2022

### Outline of Conversations

💬      **26001057_HTML_0017804 - 2022/02/08**   27 messages on 2/8/2022   Bordansky, Rachel
        (b)(6)                              Markowitz, Nancy ‹(b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **26001057_HTML_0017804 - 2022/02/08**

R    **Berdansky, Rachel** (b)(6)                                           2/8/2022, 9:44 AM
     have you spoken with rob?

     **Markowitz, Nancy** (b)(6)                                            2/8/2022, 9:50 AM
     this afternoon and i gave John a heads-up

R    **Berdansky, Rachel** (b)(6)                                           2/8/2022, 9:51 AM
     You shouldn't hesitate to throw Vince under the bus. He caused this mess while at the same time trying to say he wasn't
     getting involved.

     **Markowitz, Nancy** (b)(6)                                            2/8/2022, 9:52 AM
     ugh- i have throwing anyone under the bus... but will state the facts.. also, guess who called in sick.. jasmine.

R    **Berdansky, Rachel** (b)(6)                                           2/8/2022, 9:52 AM
     did you call her out and she took to the bed?

     **Markowitz, Nancy** (b)(6)                                            2/8/2022, 9:53 AM
     appears so

R    **Berdansky, Rachel** (b)(6)                                           2/8/2022, 9:53 AM
     wouldn't set out to throw anybody under the us but just tell what happened.  vince tried to have it both ways at your
     expense

     **Markowitz, Nancy** (b)(6)                                            2/8/2022, 9:54 AM
     well part of problem is that when i reached out to him, he didn't respond. Also, i had been in contact with him from the
     beginning on this and i was one that had to keep asking him

R    **Berdansky, Rachel** (b)(6)                                           2/8/2022, 9:55 AM
     bigger problem imo is that he asked you to find something to hold it up and then claimed he doesn't want to impact
     decision

     **Markowitz, Nancy** (b)(6)                                            2/8/2022, 9:56 AM
     yep- i am so over all of this.. going on a 2 hour call now with enforcement ugh.. i am not happy

(b)(6); Non Responsive Record

(b)(6); Non Responsive Record

## Short Message Report

Conversations: 1                                          Participants: 2
Total Messages: 19                                        Date Range: 4/18/2022

## Outline of Conversations

💬     **26001057_HTML_0022772 - 2022/04/18**   19 messages on 4/18/2022   Oakland, David W.
     (b)(6)              Tomer, K. Brent <(b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **26001057_HTML_0022772 - 2022/04/18**

D **Oakland, David W.** (b)(6)  4/18/2022, 11:36 AM

I was rereading the complaint today while on vacation. I am fairly sure that Gates and Alex disagree as I discussed it with both of them, but I don't understand what the allegation about the 750 BTC advance is supposed to be doing. My understanding is that
there is no evidence yet either way whether the advance was made before the BTC were being transferred. So it is a question of whether we can prove that Gemini credited the customer account before the customer had at least surrendered custody of their cash,
as opposed to a nice example of accounting control problems from crediting and debiting account. But I don't understand us to be alleging that pre-crediting generally is a problem. Maybe we are, but I don't see that clearly, so we get into possible issues
about 9(b) particularity. I get that 750 is a big number, and that this transfer occurred during the key months of the preclearance process. We do have an attorney letter identifying this as one of nine "out of policy" credit, but we don't have a clear statement
as to why this is out of policy. It could easily be (and I think probably is) that what is out of policy is either that Molidor failed to document the transfer correctly or that he or Gemini's internal controls failed to correctly debit the account after receipt.

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:43 AM

I'll take a look and think on it. My understanding from Shearman though was that "out of policy" was very clearly meant to designate times where there was no evidence of the transfer being initiated

D **Oakland, David W.** (b)(6)  4/18/2022, 11:44 AM

I am not so sure about that. They didn't include any of the obvious ones (like Mitchell Dong)

D **Oakland, David W.** (b)(6)  4/18/2022, 11:44 AM

I think it is that there was no documentation captured that the transfer had been initiated (like the wire transfer instruction)

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:46 AM

Maybe. I've never loved the advance piece period but it is an instance, whether out of policy or not, where the capital being used is not the client's. I think the in vs out of policy distinction is more about materiality

D **Oakland, David W.** (b)(6)  4/18/2022, 11:47 AM

My concern is that the client has surrendered control of the capital, so the timing of the credit is really an accounting issue and not a "prefunding" one

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:47 AM

brings me back to the idea that I wouldn't include it if it was a separate charge but because it is one fact pattern making up the whole of the false statemetns concerning capital piece, I don't think it hurts to include

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:48 AM

what do you mean by surrendered control of the capital

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:50 AM

as in they did initiate the transfer so their capital was tied up/

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:50 AM

?

D **Oakland, David W.** (b)(6)  4/18/2022, 11:50 AM

Exactly

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:51 AM

but from Gemini's perspective, you are then still talking about taking clients' word for it

**Tomer, K. Brent** (b)(6)  4/18/2022, 11:51 AM

but that does lessen materiality for sure

D **Oakland, David W.** ◄(b)(6)                                                    4/18/2022. 11:52 AM

No more than if someone gives you what looks like a draft on a checking account and you decide to credit the account or deliver the product rather than waiting for your bank to confirm that the instrument was presented and honored

**Tomer, K. Brent** ◄(b)(6)                                                       4/18/2022, 11:52 AM

but if its out of policy, they didn't provide what looks like a draft, no?

D **Oakland, David W.** ◄(b)(6)                                                    4/18/2022, 11:55 AM

Not sure, more possible (esp with a BTC transfer) that they just gave the wallet identifier so someone could see what is happening. But the question is does out of policy just mean they failed to document or save the documentation, or did they credit Circle
 based on an oral representation that they were sending the btc? We know that Circle did transfer btc that same day, just not sure about the exact timing

**Tomer, K. Brent** (b)(6)                                                         4/18/2022. 11:57 AM

did they effectively hav an extra 750 after the btc went ito the account?

**Tomer, K. Brent** ◄(b)(6)                                                        4/18/2022. 11:58 AM

if we take it out I think we'll need another example

**Tomer, K. Brent** ◄(b)(6)                                                        4/18/2022. 11:59 AM

in any event, I'll think/discuss it some more. We don't have to make a final decision today

## Short Message Report

Conversations: 1                                    Participants: 2
Total Messages: 23                                  Date Range: 2/4/2022

## Outline of Conversations

💬    **26001057_HTML_0024840 - 2022/02/04**   23 messages on 2/4/2022    Hurand, Gates
      (b)(6)                              de Urioste, Alejandra(b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬   **26001057_HTML_0024840 - 2022/02/04**

(b)(6); Non Responsive Record

de Urioste, Alejandra (b)(6)                                                      2/4/2022, 3:11 PM
F:\Public\Gemini Trust\Presentations\2020.10.09 presentation by Gemini

G   Hurand, Gates (b)(6)                                                        2/4/2022, 3:12 PM
• BACKGROUND p3 o Growing compliance EEs, 266 EEs of which 30 compliance o Gem applying to register as DCM *
Will be heightened, increased surveillance § Some EEs will be dualhatted, o Noah Perlman, former MS econ crimes head
o Seeking guidance, not shooting
first and asking questions later. Contrast other exchanges o Not like BitMEX o If you charge Gemini, then it blurs line b/w
good guys like Gemini and bad guys like BitMEX

G   Hurand, Gates (b)(6)                                                        2/4/2022, 4:07 PM
DE URIOSTE !!!!

G   Hurand, Gates (b)(6)                                                        2/4/2022, 4:08 PM




*Image_50_1.png.PNG (2 KB)*

G   Hurand, Gates (b)(6)                                                        2/4/2022, 4:17 PM
A market participant actually reached out in fall 2017 to ask whether was possible for a market participant's orders in the
continuous order book could be matched with the same market participant's auction orders.

G   Hurand, Gates (b)(6)                                                        2/4/2022, 4:33 PM
can you make point if it's right time that one oft-repeated argument is that Ben small is a liar--yet he is the person who
made many of the statements to Commission on behalf of Gemini

G   Hurand, Gates <(b)(6)                                                       2/4/2022, 4:35 PM
    they told us, "we will get there on the money"

    de Urioste, Alejandra <(b)(6)                                              2/4/2022, 4:51 PM
    sorry, my set up isn't great.  I was only able to check this way after the points your raised

G   Hurand, Gates (b)(6)                                                       2/4/2022, 4:51 PM
    no prob

G   Hurand, Gates <(b)(6)                                                      2/4/2022, 4:51 PM
    none that important

    de Urioste, Alejandra (b)(6)                                              2/4/2022, 5:08 PM
    I couldn't remember what their CMP counteroffer was on the call.  It was $250k.

    de Urioste, Alejandra <(b)(6)                                             2/4/2022, 5:09 PM
    So ridiculous

G   Hurand, Gates (b)(6)                                                       2/4/2022, 5:09 PM
    it's offensive

    de Urioste, Alejandra (b)(6)                                              2/4/2022, 5:10 PM
    the last page of the letter they sent today is pretty offensive too

    de Urioste, Alejandra (b)(6)                                              2/4/2022, 5:10 PM
    i feel like that should be a basis for denying a DCM app

**Short Message Report**

Conversations: 1                                    Participants: 2
Total Messages: 32                                  Date Range: 2/28/2022

**Outline of Conversations**

💬     **26001057_HTML_0029420 - 2022/02/28**   32 messages on 2/28/2022   Oakland, David W.
     (b)(6)                  Wheaton, James G(b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **26001057_HTML_0029420 - 2022/02/28**

(b)(6); Non Responsive Record

(b)(6); Non Responsive Record

J | **Wheaton, James G** (b)(6) | 2/28/2022, 3:38 PM
ready to do some litigatin' with jack in gemini?

**Oakland, David W.** ◁(b)(6) | 2/28/2022, 3:45 PM
Not my plan

J | **Wheaton, James G** ◁(b)(6) | 2/28/2022, 3:49 PM
yeah but what do the chiefs think?

**Oakland, David W.** (b)(6) | 2/28/2022, 3:50 PM
Not sure. Tomer realizes it is a shitty factual case

J | **Wheaton, James G** ◁(b)(6) | 2/28/2022, 3:50 PM
may you get to pursue the cases that you believe in

**Oakland, David W.** ◁(b)(6) | 2/28/2022, 3:50 PM
Meaning very hard to prove without opening up everyone in DMO to discovery

**Oakland, David W.** (b)(6) | 2/28/2022, 3:51 PM
God knows how strong someone like Amir Zaidi will be for us now that he is on the outside

**Oakland, David W.** ◁(b)(6) | 2/28/2022, 3:51 PM
We have only FBI 302s memorializing their recollections

J | **Wheaton, James G** <(b)(6) | 2/28/2022, 3:51 PM
in litigation against a major industry player

**Oakland, David W.** ◁(b)(6) | 2/28/2022, 3:51 PM
Or I should say, notes of FBI 302s

## Short Message Report

Conversations: 1                                          Participants: 2
Total Messages: 24                                        Date Range: 5/4/2022

## Outline of Conversations

💬      **26001057_HTML_0030958 - 2022/05/04**  24 messages on 5/4/2022   Oakland. David W.
         (b)(6)                          Wheaton. James G .(b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **26001057_HTML_0030958 - 2022/05/04**

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:03 PM
so wait the gemini folks still aren't willing to settle for the 2-4 million you've offered?

**Oakland, David W.** ‹(b)(6) | 5/4/2022, 4:18 PM
Well, we asked for 3.5

J | **Wheaton, James G** (b)(6) | 5/4/2022, 4:19 PM
didn't we offer that like eight months ago

**Oakland, David W.** ‹(b)(6) | 5/4/2022, 4:25 PM
We did, the talks failed to produce anything in time for Sept. 30, and we did not explicitly restart settlement

**Oakland, David W.** ‹(b)(6) | 5/4/2022, 4:25 PM
But we did call them today and said the team thinks that at some point a resolution is doable

J | **Wheaton, James G**(b)(6) | 5/4/2022, 4:26 PM
not being the turd in the punchbowl but

**Oakland, David W.** (b)(6) | 5/4/2022, 4:26 PM
Just not clear if Manal really wants to just file a complaint

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:26 PM
if we said 3.5 and that didn't progress things then hard to see them settling

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:26 PM
have to figure they spent a couple million defending depos etc in fall

**Oakland, David W.** ‹(b)(6) | 5/4/2022, 4:26 PM
They came back with a low ball offer and a lot of edits to the language

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:27 PM
had senior execs deposed etc

**Oakland, David W.** ‹(b)(6) | 5/4/2022, 4:27 PM
Yeah

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:27 PM
they were at like 800?

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:27 PM
ot's

J | **Wheaton, James G** ‹(b)(6) | 5/4/2022, 4:27 PM
it's very strange on their part

**Oakland, David W.** (b)(6) | 5/4/2022, 4:27 PM
Something like that, I don't really remember

**Oakland, David W.** (b)(6) | 5/4/2022, 4:27 PM
But a lot of their jockeying was to try to get the order to be helpful to the arbitration

**Oakland, David W.** (b)(6)                                    5/4/2022, 4:27 PM
Which was a nonstarter for us.

**Oakland, David W.** (b)(6)                                    5/4/2022, 4:28 PM
Now that is over, maybe there is more leeway

**Wheaton, James G** .(b)(6)                                    5/4/2022, 4:28 PM
why does manal just want to sue?

**Wheaton, James G** <(b)(6)                    ·                5/4/2022, 4:28 PM
because it's been going on so long?

**Oakland, David W.** (b)(6)                                    5/4/2022, 4:29 PM
She was angry that they would not settle when we told them on Sept 5 that it needed to be done asap

**Oakland, David W.** ·(b)(6)                                   5/4/2022, 4:29 PM
I think she is over it now

**Oakland, David W.** ◂(b)(6)                                   5/4/2022, 4:29 PM
GTR

## Short Message Report

Conversations: 1                                          Participants: 2
Total Messages: 1                                          Date Range: 3/10/2022

## Outline of Conversations

💬  **26001057_HTML_0040735 - 2022/03/10**  1 message on 3/10/2022   Markowitz. Nancy
   (b)(6)                                              Tente. Meghan (b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

> 💬    **26001057_HTML_0040735 - 2022/03/10**

N    **Markowitz, Nancy** (b)(6)                                                        3/10/2022, 9:45 AM

I talked to Rob Schwartz last week about my discomfort of keeping Gemini on stay when i don't have a reason. He said he understood and would have a conversation with Vince et al. So far after a week- radio silence. Also, a new SEF coming in likely this week
or next.

## Short Message Report

Conversations: 1                                    Participants: 2
Total Messages: 38                                   Date Range: 1/20/2022

## Outline of Conversations

💬     **26001057_HTML_0041251 - 2022/01/20**   38 messages on 1/20/2022   Oakland, David W.
       (b)(6)                          de Urioste, Alejandra (b)(6)

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **26001057_HTML_0041251 - 2022/01/20**

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:47 PM
Did you brief the intern on the 302 project?

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:47 PM
If not I can do it tomorrow

**de Urioste, Alejandra** (b)(6)                                    1/20/2022, 5:47 PM
yes, he has already started

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:47 PM
Oh good

**de Urioste, Alejandra** (b)(6)                                    1/20/2022, 5:48 PM
Question: are these memos going to have to be produced during litigation?

**de Urioste, Alejandra** (b)(6)                                    1/20/2022, 5:48 PM
I assume they will have no other way of getting these witness's statements.  Or is there a way they can get the actual 302s?

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:48 PM
Good question.  I think we have to assume that there is a risk of production

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:49 PM
I think it will be easier for the judge to be comfortable ordering us to produce our notes of the 302s than ordering the FBI to hand over notes

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:49 PM
To be fair, I think we have a good chance of making the argument that they are work product

**de Urioste, Alejandra** (b)(6)                                    1/20/2022, 5:50 PM
If they're going to have to be produced, then I think he should basically just word-for-word copy them (as opposed to trying to focus on important parts and include thoughts and mental impressions)

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:50 PM
Especially the thoughts and mental impressions of a law student

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:51 PM
vs lawyer

**de Urioste, Alejandra** (b)(6)                                    1/20/2022, 5:51 PM
Yeah, I think we could have a good argument they are work product, but AWP isn't absolute protectino.  if the defs can't get the witness statements another way, I think we would have to produce them

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:52 PM
Is it the witness statement in particular, or access to the witness in question to have a chance to question them?

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:52 PM
So Toomey and Small are both otuside the US now I think

D    **Oakland, David W.** (b)(6)                                    1/20/2022, 5:53 PM
as is the Hashtech gu David

D    **Oakland, David W. <doakland@cftc.gov>**                  1/20/2022, 5:53 PM
guy

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:54 PM
i would think that during discovery we would have to produce any relevant witness statements we have, but I havent ever dealt with this in a litigation

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:55 PM
Basically everything in amaranth/Hunter was on the record

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:55 PM
did it come up with corzine?

D    **Oakland, David W.** <(b)(6)                  1/20/2022, 5:55 PM
and McDonnell has its own idiosyncracies

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:55 PM
Not really

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:56 PM
did we do joint witness interviews for that?

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:56 PM
Yes.

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:56 PM
But for the most part we were the note-takers

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:56 PM
oh, that's lucky.  wish we could still do that

**de Urioste, Alejandra** <(b)(6)                  1/20/2022, 5:57 PM
And we didn't ever have to produce our notes of interviews?

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:57 PM
It was a special dispensation given the insolvency

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:57 PM
Meister and Gensler worked it out with Preet, I think

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:57 PM
Well, I'm really unsure what to do about these Gemini 302s.

**de Urioste, Alejandra** <(b)(6)                  1/20/2022, 5:58 PM
Normally, i would have the intern do a draft and then go back and check it and tweak it so it was verbatim and more helpful to us, but I don't think we should do that if they are going to have to be produced

**de Urioste, Alejandra** (b)(6)                  1/20/2022, 5:58 PM
*wasn't verbatim

D    **Oakland, David W.** (b)(6)                  1/20/2022, 5:59 PM
I think we should draft a short memo to Brent saying that we discussed and decided it would be best for the intern to just get the most accurate version of the notes down and not worry about trying to train him (her?) to finesse it.

D  **Oakland, David W.** (b)(6)                           1/20/2022, 6:01 PM

Can you imagine if a judge orders us to produce them, and then at some point it comes out that the intern selected only some of the Small stuff and left out inculpatory or impeachment material

**de Urioste, Alejandra** (b)(6)                      1/20/2022, 6:02 PM

Ugh.  this is pretty thorny territory

D  **Oakland, David W.** (b)(6)                           1/20/2022, 6:12 PM

I find it so frustrating that they just won't give us the 302s.

D  **Oakland, David W.** (b)(6)                           1/20/2022, 6:13 PM

And if we get a discovery demand for them, advise the FBI and let them object to production

D  **Oakland, David W.** (b)(6)                           1/20/2022, 6:46 PM

yeah.  GTR

## Short Message Report

Conversations: 1
Total Messages: 36

Participants: 2
Date Range: 10/21/2021

## Outline of Conversations

💬    **Search05_October2021_HTML_0005894 - 2021/10/21**   36 messages on 10/21/2021   "Oakland.
David W." (b)(6)                    "Wheaton, James G" (b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **Search05_October2021_HTML_0005894 - 2021/10/21**

J    "Wheaton, James G"(b)(6)    10/21/2021, 3:38 PM
putting on your kremlinology/winkkelvaiology hat on did anything start changing six months ago?

"Oakland, David W." <(b)(6)    10/21/2021, 3:39 PM
No but we did learn today that he represented them at a JAMS hearing that involves our whistleblower.

J    "Wheaton, James G" (b)(6)    10/21/2021, 3:40 PM
when was that

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:40 PM
that makes some sense

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:40 PM
if there is a trial or deposition or anything with the whistblower he will incinerate the guy

"Oakland, David W." (b)(6)    10/21/2021, 3:41 PM
We are getting the transcripts

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:41 PM
like absolutely lethal best in the country examination

"Oakland, David W." (b)(6)    10/21/2021, 3:41 PM
This WB has a lot of issues

"Oakland, David W." <(b)(6)    10/21/2021, 3:41 PM
to hammer on as well

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:42 PM
he tore a guy apart (I missed that day of trial but the transcript was sick and the guy was almost crying on the stand)

"Oakland, David W." <(b)(6)    10/21/2021, 3:42 PM
But their underlying theory against him at the time of termination was completely wrong (at least we think so)

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:42 PM
the guy--a goddamn green beret--said it was a wrose experience than when he got shrapnel in 'nam

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:43 PM
right. but presumably you need witnesses for a trial?

"Oakland, David W." (b)(6)    10/21/2021, 3:43 PM
You would think so

J    "Wheaton, James G" <(b)(6)    10/21/2021, 3:43 PM
did the wells timing crap get worked out

"Oakland, David W." <(b)(6)    10/21/2021, 3:44 PM
Yeah -- they filed on time.

J    "Wheaton, James G" (b)(6)    10/21/2021, 3:44 PM
that's why i hate putting people through the pressure

J       "Wheaton, James G" <(b)(6)                        10/21/2021, 3:44 PM
they always file on time

"Oakland, David W." <(b)(6)                            10/21/2021, 3:44 PM
We keep wrong footing our approach in almost every way

"Oakland, David W." .(b)(6)                            10/21/2021, 3:44 PM
I will sya the filing is pretty sloppy

J       "Wheaton, James G" <(b)(6)                        10/21/2021, 3:44 PM
the core arguments are always the same--maybe with more time they'd be better

J       "Wheaton, James G" .(b)(6)                        10/21/2021, 3:44 PM
the filing by the individuals is sloppy?

"Oakland, David W."(b)(6)                            10/21/2021, 3:45 PM
It's a unique case

"Oakland, David W." (b)(6)                           10/21/2021, 3:45 PM
Joint filing by Shearman adnd JFB

"Oakland, David W." (b)(6)                           10/21/2021, 3:46 PM
Title is "Submission by Gemini Trust Company, LLC, Cameron Winklevoss, andTyler Winklevoss to the Enforcement Division of The
Commodities Futures Trading Commission"

(b)(6); Non Responsive Record

(b)(6); Non Responsive Record

## Short Message Report

Conversations: 1                                    Participants: 2
Total Messages: 14                                  Date Range: 5/10/2022

## Outline of Conversations

💬      **Search06_May2022_HTML_0000687 - 2022/05/10**   14 messages on 5/10/2022   "Bordansky, Rachel"
        (b)(6)                          "Markowitz, Nancy" (b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

💬　　**Search06_May2022_HTML_0000687 - 2022/05/10**

N　　"Markowitz, Nancy" (b)(6)　　　　　　　　　　　　　　　5/10/2022, 9:35 AM
　　　should we ask her if she is GC for both titan and trust

　　　"Berdansky, Rachel" <(b)(6)　　　　　　　　　　　　　5/10/2022, 9:35 AM
　　　yes

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 9:51 AM
　　　unfortunatelyu i think the answer is yes

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 10:11 AM
　　　4 weeks?

N　　"Markowitz, Nancy" (b)(6)　　　　　　　　　　　　　5/10/2022, 10:11 AM
　　　yes

　　　"Berdansky, Rachel" <(b)(6)　　　　　　　　　　　　　5/10/2022, 10:35 AM
　　　i need to get off

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 10:43 AM
　　　call my cell when you get off

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 10:45 AM
　　　we probably need to call vince. do you want me to do it or do you want to call together?

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 3:11 PM
　　　i think he is still sitting in on DOE/gemini meetings

N　　"Markowitz, Nancy" (b)(6)　　　　　　　　　　　　　5/10/2022, 3:30 PM
　　　BS--- the application would have gone ahead before the enforcement complaint.

　　　"Berdansky, Rachel" (b)(6)　　　　　　　　　　　　　5/10/2022, 3:30 PM
　　　i think my lip is bleeding

　　　"Berdansky, Rachel" <(b)(6)　　　　　　　　　　　　　5/10/2022, 3:30 PM
　　　there are no grounds for stay

　　　"Berdansky, Rachel" <(b)(6)　　　　　　　　　　　　　5/10/2022, 3:31 PM
　　　OUTRAGEOUS

N　　"Markowitz, Nancy" (b)(6)　　　　　　　　　　　　　5/10/2022, 3:31 PM
　　　that is so bad that he is in both meetings.. shame on him.

## Short Message Report

Conversations: 1                                    Participants: 2
Total Messages: 28                                  Date Range: 5/11/2022

## Outline of Conversations

💬   **Search06_May2022_HTML_0005224 - 2022/05/11**   28 messages on 5/11/2022   "Bordansky, Rachel"
     (b)(6)                              "Tente, Meghan" (b)(6)

**Messages in chronological order** (times are shown in GMT -04:00)

&#x1F5E9;    **Search06_May2022_HTML_0005224 - 2022/05/11**

(b)(6); Non Responsive Record

"Berdansky, Rachel" (b)(6)                                                    5/11/2022, 9:29 AM
i have spoken to Vince more in 2 weeks than you and I ever talked (at least about work stuff) in 6 months. Everything is
hair on fire, drama

M    "Tente, Meghan" (b)(6)                                                  5/11/2022, 9:29 AM
i cant stand that

M    "Tente, Meghan" (b)(6)                                                  5/11/2022, 9:29 AM
it's DD!

"Berdansky, Rachel" (b)(6)                                                    5/11/2022, 9:29 AM
EXACTLY. It's interfering with cooking dinner and watching tv

M    "Tente, Meghan" (b)(6)                                                  5/11/2022, 9:29 AM
oh no. i dont like that

M    "Tente, Meghan" ‹(b)(6)                                                        5/11/2022, 9:30 AM
     i kind of think if they hadnt rushed everything in a mess he might not have even taken this

M    "Tente, Meghan" ‹(b)(6)                                                        5/11/2022, 9:30 AM
     that was no way to do things

     "Berdansky, Rachel" ‹(b)(6)                                                    5/11/2022, 9:30 AM
     i think he is still shadow director of doe

M    "Tente, Meghan" (b)(6)                                                         5/11/2022, 9:30 AM
     he is

     "Berdansky, Rachel" ‹(b)(6)                                                    5/11/2022, 9:31 AM
     i told him last night it's not right. can't have a toe in both

M    "Tente, Meghan"(b)(6)                                                          5/11/2022, 9:31 AM
     you shortchange both

M    "Tente, Meghan" ‹(b)(6)                                                        5/11/2022, 9:31 AM
     and lose your mind

     "Berdansky, Rachel"(b)(6)                                                      5/11/2022, 9:32 AM
     there is also a big, ethical conflict with a particular issue. . .

M    "Tente, Meghan" ‹(b)(6)                                                        5/11/2022, 9:32 AM
     i didnt even think of that

     "Berdansky, Rachel" (b)(6)                                                     5/11/2022, 9:32 AM
     it's BAD

M    "Tente, Meghan" (b)(6)                                                         5/11/2022, 9:32 AM
     and we did such a good job respecting that line

     "Berdansky, Rachel" ‹(b)(6)                                                    5/11/2022, 9:34 AM
     yep. don't think he appreciated me saying it but it needed to be said. nothing is going to change though

M    "Tente, Meghan" ‹(b)(6)                                                        5/11/2022, 9:36 AM
     not going to end well either