UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : | 22 Civ. 04563 (AKH) |
| | : | |
| v. | : | **SUPPLEMENTAL DECLARATION OF AVI PERRY IN SUPPORT OF JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)** |
| GEMINI TRUST COMPANY, LLC, | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Avi Perry, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, as follows:

1. I am a member in good standing of the Bar of this Court and am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Gemini Trust Company, LLC ("Gemini") in this matter.

2. I submit this supplemental declaration to correct and replace Exhibit G to my Declaration dated May 27, 2026 (Dkt. 217-7).

3. The version of Exhibit G filed on May 27, 2026, inadvertently included an internal CFTC communication unrelated to this matter. The version of Exhibit G attached hereto removes that communication. It is in all other respects identical to the version previously filed, and replaces that version in its entirety.

4. Attached as **Exhibit G** is a true and correct compilation of internal messages and chats among CFTC staff concerning the investigation of Gemini and the proposed enforcement action, produced to Gemini by the CFTC in response to a FOIA request.

2

I declare under penalty of perjury the foregoing is true and correct. Executed in Washington, D.C., on May 28, 2026.

_/s/ Avi Perry_
Avi Perry