AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br>*Plaintiff*<br>v.<br>GEMINI TRUST COMPANY, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:22-cv-4563-AKH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission .

Date: 09/09/2026

/s/ Steven Kim
*Attorney's signature*

Steven Kim 4389599
*Printed name and bar number*

U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581
*Address*

skim@cftc.gov
*E-mail address*

(202) 418-5040
*Telephone number*

(202) 418-5521
*FAX number*